IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANNY R. TEAGLE, individually and on behalf of all others similarly situated, :<br><br>    Plaintiff, :<br><br>v. :<br><br>LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., and IGLOO PRODUCTS CORP., :<br><br>    Defendants. : | Civil Action No.<br>1:11-CV-1280-RWS-CCH |

**NOTICE OF APPEARANCE OF MARGARET T. BLACKWOOD
AS COUNSEL FOR DEFENDANT IGLOO PRODUCTS, CORP.**

Pursuant to Local Rule 83.1(D)(1), Margaret T. Blackwood of the law firm of Littler Mendelson, P,C., hereby enters her appearance as counsel of records for Defendant Igloo Productions Corporation.

Ms. Blackwood requests that she be served with all future correspondence, pleadings, and notices in the above-captioned case.

Respectfully submitted this 2nd day of June, 2011.

/s/ Margaret T. Blackwood
Margaret T. Blackwood
Georgia Bar No. 061095
LITTLER MENDELSON
A Professional Corporation
3344 Peachtree Road, Suite 1500
Atlanta, GA 30326
Tel: (404) 760-3967
Fax: (404) 529-4456
MBlackwood@Littler.com

**Attorney for Defendant Igloo Products Corp.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DANNY R. TEAGLE, individually and on behalf of all others similarly situated,** : : : : | |
| **Plaintiff,** : : | |
| v. : : : | Civil Action No. 1:11-CV-1280-RWS-CCH |
| **LEXISNEXIS SCREENING SOLUTIONS, INC.,** formerly known as **CHOICEPOINT'S WORKPLACE SOLUTIONS, INC.,** and **IGLOO PRODUCTS CORP.,** : : : : : : : | |
| **Defendants.** : | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2011, I submitted the foregoing **ENTRY OF APPEARANCE FOR MARGARET T. BLACKWOOD** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to:

| | |
|---|---|
| Craig C. Marchiando<br>Cynthia B. Chapman<br>Michael A. Caddell<br>Caddell & Chapman, P.C.<br>1331 Lamar, Suite 1070<br>Houston, TX 77010-3027<br>713.751.0400<br>Fax: 713.751.0906 | Mara McRae<br>Kilpatrick Stockton<br>1100 Peachtree Street<br>Suite 2800<br>Atlanta, GA  30309-4530<br>404.851.6574<br>E-mail: mmcrae@mbwattorneys.com<br><br>/s/ Margaret T. Blackwood<br>Margaret T. Blackwood<br>Georgia Bar No. 061095<br><br>**Attorney for Defendant Igloo Products Corp.** |