# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DANNY R. TEAGLE, individually and on behalf of all others similarly situated,**<br><br>　　　　**Plaintiff,**<br><br>**v.**<br><br>**LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., and IGLOO PRODUCTS CORP.,**<br><br>　　　　**Defendants.** | **CIVIL ACTION NO.**<br>**1:11-CV-01280-RWS-CCH** |

## DEFENDANT IGLOO PRODUCTS CORPORATION'S
## RULE 7.1 DISCLOSURE STATEMENT

Defendant, Igloo Products Corporation ("Igloo"), hereby submits its Corporate Disclosure Statement in compliance with Federal Rule of Civil Procedure 7.1:

1. The parent companies of Igloo are Igloo Products Holdings, LLC, and Igloo Acquisition Holdings Corp.

2. No publicly-held corporation owns 10% or more of Igloo's stock.

　　　　　　　　　　　　　　/s/ Margaret T. Blackwood
　　　　　　　　　　　　　　Georgia Bar No. 061095
　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.

3344 Peachtree Road, Suite 1500
Atlanta, GA 30326
Tel: (404) 760-3967
Fax: (404) 529-4456
MBlackwood@Littler.com

Angelo Spinola
Georgia Bar No. 672191
LITTLER MENDELSON
3344 Peachtree Road, Suite 1500
Atlanta, GA 30326
Tel: (404) 760-3921
Fax: (404) 745-0712
ASpinola@Littler.com

Marcia A. Ganz
Georgia Bar No. 320317
LITTLER MENDELSON, P.C.
3344 Peachtree Road, Suite 1500
Atlanta, GA 30326
Tel: (404) 760-3914
Fax: (404) 233-2361
MGanz@Littler.com

***Attorneys for Defendant Igloo Products Corp.***

## FONT CERTIFICATION

I do hereby certify that this document has been prepared in Times Roman font, 14 point, in compliance with LR 5.1(C) of this Court.

                        s/Margaret T. Blackwood
                        Margaret T. Blackwood
                        Georgia Bar No. 061095
                        LITTLER MENDELSON
                        A Professional Corporation
                        3344 Peachtree Road, Suite 1500
                        Atlanta, GA 30326
                        Tel: (404) 760-3967
                        Fax: (404) 529-4456
                        MBlackwood@Littler.com

                        ***Attorney for Defendant Igloo Products Corp.***

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DANNY R. TEAGLE, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., and IGLOO PRODUCTS CORP.,**<br><br>**Defendants.** | **CIVIL ACTION NO.<br>1:11-CV-01280-RWS-CCH** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2011, I electronically filed the foregoing **DEFENDANT IGLOO PRODUCTS CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT** with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mara McRae<br>Georgia Bar No. 499138<br>MCRAE BROOKS WARNER LLC<br>1720 Peachtree Street<br>Suite 430<br>Atlanta, GA  30309<br>Email: mmcrae@mbwattorneys.com | Michael A. Caddell (*pro hac vice* forthcoming)<br>Cynthia B. Chapman (*pro hac vice* forthcoming)<br>Craig C. Marchiando (*pro hac vice* forthcoming)<br>CADDELL & CHAPMAN, P.C.<br>1331 Lamar, Suite 1070<br>Houston, TX  77010-3027 |

/s/ Margaret T. Blackwood

- 5 -

        Margaret T. Blackwood
        Georgia Bar No. 061095
        LITTLER MENDELSON, P.C.
        A Professional Corporation
        3344 Peachtree Road, Suite 1500
        Atlanta, GA 30326
        Tel: (404) 760-3967
        Fax: (404) 529-4456
        MBlackwood@Littler.com

***Attorneys for Defendant Igloo Products Corp.***