# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DANNY R. TEAGLE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINTS SOLUTIONS, INC., <br> and <br> IGLOO PRODUCTS CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. <br> 1:11-cv-01280-RWS-CCH |

**CONSENT ORDER GRANTING EXTENSION OF TIME
FOR DEFENDANT IGLOO PRODUCTS CORPORATION TO ANSWER
OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant Igloo Products Corporation has requested and Plaintiff has consented to Defendant's request that Defendant's time to answer or otherwise plead in response to Plaintiff's Complaint (Dkt. No. 1) be extended until June 3, 2011. The parties have consented to this extension because Defendant's counsel needs additional time to retrieve and analyze information relevant Plaintiff's claims, to properly evaluate Plaintiff's claims, and prepare an answer or other

responsive pleading responding to Plaintiff's Complaint.  The Court, therefore, ORDERS that Defendant Igloo Products Corporation's deadline to file its answer or to otherwise plead in response to Plaintiff's Complaint is extended up to and including June 3, 2011. The Consent Motion [4] is **GRANTED**.

IT IS SO ORDERED this 16th day of June, 2011.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE

Consented to by:

| | |
|---|---|
| /s/ Craig C. Marchiando | /s/ Marcia A. Ganz |
| Craig C. Marchiando | Angelo Spinola |
| Caddell & Chapman, P.C. | Georgia Bar No. 672191 |
| Suite 1070 | aspinola@littler.com |
| 1331 Lamar | Meg Blackwood |
| Houston, TX 77010-3027 | Georgia Bar No. 061095 |
| 713-751-0400 | mblackwood@littler.com |
| Fax: 713-751-0906 | Marcia A. Ganz |
| | Georgia Bar No. 320317 |
| Attorney for Plaintiff | mganz@littler.com |
| Danny R. Teagle | |
| | LITTLER MENDELSON |
| | A Professional Corporation |
| | 3344 Peachtree Road N.E. |
| | Suite 1500 |
| | Atlanta, GA  30326.4803 |
| | Tel: 404.233.0330 |
| | Fax: 404.233.2361 |
| | |
| | Attorneys for Defendant |
| | Igloo Products Corporation |