# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DANNY R. TEAGLE, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., and IGLOO PRODUCTS CORP.,<br><br>   Defendants. | Civil Action File<br>No. 11-1280 (RWS-CCH) |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT LEXISNEXIS SCREENING SOLUTIONS INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of this District's Civil Local Rules, defendant LexisNexis Screening Solutions Inc., formerly known as ChoicePoint WorkPlace Solutions Inc. ("LNSSI"), respectfully sets forth the following corporate disclosure and certificate of interested persons:

1. The undersigned counsel of record for LNSSI certifies that the following is a complete list of all parties to this action, including any parent

corporation and any publicly-held corporation that owns 10% or more of LNSSI's stock:

- Plaintiff Danny R. Teagle;

- Defendant Igloo Products Corp.;

- Defendant LNSSI;

- LexisNexis Risk Solutions Inc. is LNSSI's direct corporate parent; and

- Reed Elsevier PLC and Reed Elsevier NV are publicly-held entities that own, through a number of intermediate subsidiaries, 100% of the shares of Reed Elsevier Inc., LNSSI's ultimate corporate parent. Interests in Reed Elsevier PLC are traded as American Depository Receipts on the New York Stock Exchange under the symbol RUK. Interests in Reed Elsevier NV are traded as American Depository Receipts on the New York Stock Exchange under the symbol ENL.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: none.

896943.1

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for LNSSI in this proceeding:

- Jill A. Pryor, Bondurant, Mixson & Elmore, LLP;

- Alison B. Prout, Bondurant, Mixson & Elmore, LLP; and

- James F. McCabe, Morrison & Foerster LLP.

Date:  July 15, 2011

    /s Alison B. Prout
Jill A. Pryor
Georgia Bar No. 589140
Email:  pryor@bmelaw.com
Alison B. Prout
Georgia Bar No. 141666
Email:  prout@bmelaw.com
BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street NW, Suite 3900
Atlanta, Georgia  30309-3417
Telephone:  404.881.4100
Facsimile:  404.881.4111

James F. McCabe (*Pro Hac Vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for Defendant
LexisNexis Screening Solutions Inc.

# CERTIFICATE OF SERVICE

I certify that on this 15th day of July 2011, I electronically filed the Certificate of Interested Persons and Corporate Disclosure Statement of Defendant LexisNexis Screening Solutions Inc. with the Clerk of the Court using the CM/ECF System, which will send a notification of the filing to the following attorneys of record:

Mara McRae, Esq.
McRae Brooks Warner LLC
1720 Peachtree Street, Suite 430
Atlanta, Georgia  30309

Michael A. Caddell, Esq.
Cynthia B. Chapman, Esq.
Craig C. Marchiando, Esq.
Caddell & Chapman
The Park in Houston Center
1331 Lamar, Suite 1070
Houston, Texas  77010-3027

Leonard A. Bennett, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia  23606

Attorneys for Plaintiff
Danny R. Teagle

Angelo Spinola, Esq.
Margaret T. Blackwood, Esq.
Marcia A. Ganz, Esq.
Littler Mendelson, P.C.
3344 Peachtree Road, N.E., Suite 1500
Atlanta, Georgia  30326

Attorneys for Defendant
Igloo Products Corp.

/s Alison B. Prout
Alison B. Prout

896943.1