IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DANNY R. TEAGLE, Individually and :
on behalf of all others similarly situated, :
                                          :
        Plaintiff,              :
                                          : CIVIL ACTION NO.
       v.                        : 1:11-CV-1280-RWS-CCH
                                          :
LEXISNEXIS SCREENING :
SOLUTIONS, INC., f/k/a Choicepoint's :
Workplace Solutions, Inc., and IGLOO :
PRODUCTS CORP.,                :
                                          :
        Defendants.            :

**O R D E R**

The above-captioned action is before the Court on the Joint Motion to Extend Time for Early Planning Conference and Joint Preliminary Report and Discovery Plan [21]. Pursuant to Local Rule 16.2, the Joint Preliminary Report and Discovery Plan must be filed within thirty days after the first appearance of a defendant by answer or motion or within thirty days after a removed case is filed in this court. LR 16.2, NDGa, App. B. The docket in this action reflects that Defendant Igloo Products Corp. ("Igloo") filed an Answer [7] on June 3, 2011. Plaintiff and Defendant Igloo have jointly moved to extend the time for conducting the Rule 26 planning conference and filing the Joint Preliminary Report and Discovery Plan until after Defendant

LexisNexis Screening Solutions, Inc., f/k/a Choicepoint's Workplace Solutions, Inc. ("LexisNexis") has filed an Answer. If LexisNexis files an Answer by July 15, 2011, the parties request that the deadline for the Rule 26 planning conference be extended until August 1, 2011, and the deadline for filing the Joint Preliminary Report and Discovery Plan be extended until August 15, 2011.

For good cause shown, the Joint Motion to Extend Time for Early Planning Conference and Joint Preliminary Report and Discovery Plan [21] is **GRANTED**. The docket reflects that Defendant LexisNexis filed an Answer [26] on July 15, 2011. Accordingly, the parties are **ORDERED** to conduct the Rule 26 planning conference by **August 1, 2011**, and **ORDERED** to file the Joint Preliminary Report and Discovery Plan by **August 15, 2011**.

IT IS SO ORDERED this 19th day of July, 2011.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE