# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DANNY R. TEAGLE, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., and<br>IGLOO PRODUCTS CORP.,<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br><br>Civil Action No. 1:11-CV-1280<br><br><br><br><br><br>Jury Trial Demanded |

## MOTION
## TO EXTEND TIME TO MOVE FOR CLASS CERTIFICATION

Pursuant to Local Rule 23.1(B), Plaintiff Danny Teagle, individually and on behalf of all others similarly situated, moves the Court to extend the deadline by which Plaintiff must file his Motion for Class Certification. Plaintiff sets forth the grounds for this request in the concurrently filed "Memorandum in Support of Motion to Extend Time to Move for Class Certification."

　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/ Michael A. Caddell
　　　　　　　　　　　　　　　　Michael A. Caddell (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　Attorney for Plaintiff

Michael A. Caddell (admitted *pro hac vice*)
Cynthia B. Chapman (admitted *pro hac vice*)
Craig C. Marchiando (admitted *pro hac vice*)
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX  77010
Telephone:  (713) 751-0400
Facsimile:  (713) 751-0906
mac@caddellchapman.com
cbc@caddellchapman.com
ccm@caddellchapman.com

Mara McRae
Georgia Bar No. 499138
MCRAE BROOKS WARNER LLC
1175 Peachtree St., N.E.
100 Colony Square, Suite 2100
Atlanta, GA 30361
Telephone:  (404) 681-0700
Facsimile:  (404) 681-0780
mmcrae@mbwattorneys.com

Leonard A. Bennett (admitted *pro hac vice*)
CONSUMER LITIGATION ASSOCIATES P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
lenbennett@cox.net

**Certificate of Service**

I hereby certify that on August 17, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following counsel of record:

James McCabe
MORRISON & FOERSTER
425 Market St., 32nd Floor
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
jmccabe@mofo.com

Jill A. Pryor
Alison B. Prout
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree St. N.W.
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

*Counsel for Defendant LexisNexis Screening Solutions, Inc.*

Angelo Spinola
Margaret T. Blackwood
Marcia A. Ganz
Littler Mendelson, P.C.
3344 Peachtree Rd., Suite 1500
Atlanta, GA
Telephone: (404) 760-3914
Facsimile: (404) 233-2361

*Counsel for Defendant Igloo Products Corp.*

                                            /s/ Michael A. Caddell
                                  Michael A. Caddell (admitted *pro hac vice*)
                                  Attorney for Plaintiff