**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **DANNY R. TEAGLE, individually and on behalf of all others similarly situated,** § § § § | | |
| **Plaintiff,** § | | |
| v. § | **Civil Action No. 1:11-CV-1280** | |
| § | | |
| **LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC.,** § § § § | | |
| and § | | |
| **IGLOO PRODUCTS CORP.,** § | **Jury Trial Demanded** | |
| § | | |
| **Defendants.** § | | |

**[PROPOSED] ORDER GRANTING MOTION
TO EXTEND TIME TO MOVE FOR CLASS CERTIFICATION**

Upon Plaintiff's unopposed motion, by and through his counsel of record, and for good cause shown, the deadline by which Plaintiff must file his Motion for Class Certification is hereby extended through and including _____, 201__.

**IT IS SO ORDERED,** this _____ day of _____, 2011.

_____
Richard W. Story
UNITED STATES DISTRICT JUDGE

_____
C. Christopher Hagy
UNITED STATES MAGISTRATE JUDGE