# EXHIBIT  1

**[A copy of Mr. Hodges' affidavit and all exhibits thereto.]**

**Defendant Igloo Products Corp.'s Response
To Plaintiff's Motion To Extend Time To Move For Class Certification**



# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **DANNY R. TEAGLE, individually and on behalf of all others similarly situated,**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., and IGLOO PRODUCTS CORP.,**<br><br>        **Defendant.** | **CIVIL ACTION NO. 1:11-CV-01280-RWS-CCH** |

## DECLARATION OF W. ALEXANDER HODGES

I, Alexander Hodges, being of lawful age and of sound mind, do hereby voluntarily depose and say that I have personal knowledge of the following facts:

1.     I currently am employed by Igloo Products Corp. ("Igloo") as Director of Human Resources.  I have been employed by Igloo in this position since on or around June 16, 2008.

2.     As Director of Human Resources, my responsibilities include providing human resources assistance with employment decisions and hiring processes. These responsibilities include ensuring compliance with the

requirements of the Fair Credit Reporting Act ("FCRA" or the "Act") with respect to Igloo's use of consumer reports in making employment decisions. Through my employment and review of relevant documents, I have personal, first-hand knowledge of the facts set forth in this Declaration.

3.     Igloo obtains a background check for every consenting individual to whom an offer of employment is extended.

4.     Throughout my employment with Igloo, Igloo has had the following procedure in place to ensure that the review and use of consumer reports related to job applicants and employees complies with the requirements of the FCRA:

(a)     Once Igloo decides to extend an offer of employment to a job applicant, Igloo provides the individual with an offer letter that clearly notifies the individual that Igloo's offer of employment is contingent upon completion of a satisfactory background investigation.

(b)     Prior to obtaining a consumer report on an individual, Igloo provides a document disclosing to the job applicant or employee that Igloo will be retaining a consumer reporting agency to prepare a consumer report regarding the individual.  This disclosure is not part of Igloo's employment application, but it is a separate document that requires the individual's signed consent to the preparation of the consumer report before Igloo requests the report from the consumer reporting agency.

2

(c)   Once the individual provides a signed consent to Igloo for the preparation of the consumer report, Igloo requests the report from the consumer reporting agency.

(d)   If Igloo intends to use the information contained in the consumer report in connection with an "adverse action" (as defined by the Act), which may include rescinding an existing job offer, Igloo notifies the subject of the report via a formal letter prior to taking any adverse action. This letter provides pre-adverse action notice to the individual and includes a copy of the consumer report and an explanation of the individual's rights under the FCRA. A true and correct copy of the pre-adverse action notice letter that Igloo sends to individuals, along with the "Summary of Rights Under the Fair Credit Reporting Act" that is enclosed with the letter is attached as Exhibits 1 and 2. These documents have been provided to individuals since at least March 2008.

(e)   After providing this initial notice, Igloo provides the subject employee or applicant a minimum of five (5) business days to review the consumer report and to correct any inaccuracies in the report. After a minimum of five (5) business days, if Igloo decides to proceed with the adverse employment decision, Igloo sends the affected individual an adverse action notice letter, informing the individual of Igloo's adverse employment decision. This letter contains the name, address and phone number of the consumer reporting agency that prepared the

3

report.   It also includes statements that:   (i) Igloo made the adverse decision regarding the individual; (ii) the individual has the right to a free copy of the consumer report; and (iii) the individual has the right to dispute the accuracy or completeness of the information contained in the report.

5.     Since at least March 1, 2008 to the present, Igloo has followed each step of the procedure described in Paragraph 4 with respect to every job applicant, with the exception of Danny Teagle. True and correct copies of these pre-adverse action notice letters and adverse action notice letters provided to every job applicant or employee from whom Igloo has rescinded an offer of employment due, all or in part, to information obtained in a consumer report since March 1, 2008, are attached as Exhibit 3.

6.     I was on vacation when HR Manager Janette Martinez sent out the pre-adverse action notices required by the FCRA on June 30, 2010, which are described in Paragraph 4.

7.     Although I did not personally sign the pre-adverse action letters that Human Resources Manager Janette Martinez sent to job applicants on June 30, 2010, I was consulted about those letters prior to her sending them, and I approved of her sending them on behalf of Igloo.  Those letters included a pre-adverse action notice that was sent to Mr. Teagle via U.S. mail, which provided him with a copy of the consumer report that Igloo had obtained regarding him and a summary of his

4

rights under the FCRA. A true and correct copy of this letter is attached as Exhibit 4.

8.     That same day (*i.e.*, June 30, 2010), without my knowledge or approval, and without the knowledge or approval of anyone else within Igloo management, HR Recruiter Martha Zarate sent an email to Mr. Teagle, notifying him that his offer of employment was rescinded due to a background report.

9.     Ms. Zarate's email communication to Mr. Teagle was not sanctioned by Igloo and was directly contrary to Igloo's established procedure for providing pre-adverse action notice to individuals in compliance with the FCRA, as described in Paragraph 4.

10.     To my knowledge, the email that Ms. Zarate sent to Mr. Teagle is the only instance when she or anyone else at Igloo has communicated an adverse employment decision based on a consumer report to an Igloo job applicant or employee prior to Igloo having notified the individual of the consumer report and provided a copy of the report and a summary of rights to the individual, and then having allowed the subject employee or applicant a minimum of five (5) days to review the consumer report and to correct any inaccuracies in the report.

11.     This declaration is made voluntarily. I understand that it may be used in a lawsuit. I have not been promised any benefit, coerced, or threatened in any

way that would change my testimony. I understand that Igloo will not retaliate against me as a result of my choice to provide or not to provide this testimony.

12. Before signing this declaration, I was provided with an opportunity to change and correct it. I have made all changes necessary to make this declaration a true statement describing my own experience.

Pursuant to 28 U.S.C. §1746 and the laws of this state, I declare under penalty of perjury that the foregoing is true and correct.

Executed on _July 18_, 2011, in Katy, Texas.

W. Alexander Hodges

# EXHIBIT
# 1



IGLOO PRODUCTS CORP.
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

**PERSONAL & CONFIDENTIAL**

Dear            :

Enclosed for your information is a copy of the background report  that you authorized in regard to your
application for employment, together with a "Summary of Rights Under the Fair Credit Reporting Act".
We obtained the report from :

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

Please contact me immediately (within 5 business days) at 713-584-5555 in reference to the enclosed
report or we will presume this information is not being contested.

This letter is sent to you in compliance with the Fair Credit Reporting Act.


Sincerely,

# EXHIBIT
# 2

*Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.*

**A Summary of Your Rights Under the Fair Credit Reporting Act**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment or volunteerism - or to take another adverse action against you must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
    - a person has taken adverse action against you because of information in your credit report;
    - you are the victim of identify theft and place a fraud alert in your file;
    - your file contains inaccurate information as a result of fraud;
    - you are on public assistance;
    - you are unemployed but expect to apply for employment within 60 days.

  In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, or volunteer organization, without your written consent given to the employer or volunteer organization. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases,**

you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:

| TYPE OF BUSINESS: | CONTACT |
|---|---|
| Consumer reporting agencies, creditors and others not listed below. | Federal Trade Commission: Consumer Response Center -- FCRA Washington, DC 20580 1-877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency Compliance Management, Mail Stop 6-6 Washington, DC 20219 800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Board Division of Consumer & Community Affairs Washington, DC 20551 202-452-3693 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision Consumer Complaints Washington, DC 20552 800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration 1775 Duke Street Alexandria, VA 22314 703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation Consumer Response Center 2345 Grand Avenue, Suite 100, Kansas City, Missouri 64108-2638 1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board of Interstate Commerce Commission | Department of Transportation, Office of Financial Management Washington, DC 20590  202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture Office of Deputy Administrator -- GIPSA Washington, DC 20250  202-720-7051 |

# EXHIBIT
# 3



**IGLOO PRODUCTS CORP.**
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

**PERSONAL & CONFIDENTIAL**

*November 19, 2008*

> REDACTED

Dear REDACTED

Attached please find a copy of your applicant verification report.  Under the federal Credit Reporting Act we are required to make the following disclosure to you.

If you have any questions, please contact me at 713-584-6555.

Sincerely,

Alex Hodges
Director of Human Resources

- 1 -



**IGLOO PRODUCTS CORP.**
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

November 28, 2008

REDACTED

Dear   REDACTED        ;

Thank you for your interest in the .   REDACTED        position with Igloo Products Corp. We regret to inform you that we cannot give you any further consideration for employment. This action was influenced by information contained in a consumer report, made at our request and provided by:

LexisNexis Express Screening
P.O. Box 812289
Boca Raton, FL  33481
877-913-6245

Under the federal Fair Credit Reporting Act we are required to make the following disclosure to you:

You have the right to obtain a free copy of your file from the consumer reporting agency if you make a request with the agency within 60 days.  A copy of the report was also provided to you on May 12, 2006.

You also must be provided with a copy of the Federal Trade Commission's summary of Consumer Rights, which is attached to this letter.  You have the right to dispute directly with the consumer reporting agency the accuracy or completeness of any information provided by the consumer reporting agency.  The consumer-reporting agency did not make the adverse employment decision and is not able to explain why we made the decision.

Sincerely,

Alex Hodges

Director of Human Resources



**IGLOO PRODUCTS CORP.**
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

**PERSONAL & CONFIDENTIAL**

*November 19, 2008*

REDACTED

Dear REDACTED :

Attached please find a copy of your applicant verification report.  Under the federal Credit Reporting Act we are required to make the following disclosure to you.

If you have any questions, please contact me at 713-584-6555.

Sincerely,

Alex Hodges
Director of Human Resources

- 1 -



**IGLOO PRODUCTS CORP.**
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

November 28, 2008

REDACTED

Dear REDACTED ;

Thank you for your interest in the REDACTED position with Igloo Products Corp. We regret to inform you that we cannot give you any further consideration for employment. This action was influenced by information contained in a consumer report, made at our request and provided by:

LexisNexis Express Screening
P.O. Box 812289
Boca Raton, FL 33481
877-913-6245

Under the federal Fair Credit Reporting Act we are required to make the following disclosure to you:

You have the right to obtain a free copy of your file from the consumer reporting agency if you make a request with the agency within 60 days. A copy of the report was also provided to you on May 12, 2006.

You also must be provided with a copy of the Federal Trade Commission's summary of Consumer Rights, which is attached to this letter. You have the right to dispute directly with the consumer reporting agency the accuracy or completeness of any information provided by the consumer reporting agency. The consumer-reporting agency did not make the adverse employment decision and is not able to explain why we made the decision.

Sincerely,

Alex Hodges

Director of Human Resources



IGLOO PRODUCTS
CORP.
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

**PERSONAL & CONFIDENTIAL**

> 2nd attempt to mail this
> document due to returned
> mail on 3/25/2009

March 4, 2009

REDACTED

Dear REDACTED :

Enclosed for your information is a copy of the background report that you authorized in regard to your application for employment, together with a "Summary of Rights Under the Fair Credit Reporting Act". We obtained the report from :

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

Please contact me immediately (within 5 business days) at 713-584-5555 in reference to the enclosed report or we will presume this information is not being contested.

This letter is sent to you in compliance with the Fair Credit Reporting Act.

Sincerely,

Wm. Alexander Hodges
Director of Human Resources



IGLOO PRODUCTS CORP
**777 Igloo Road**
**Katy, Texas 77494**
**713.461.5955**
www.igloocoolers.com

**PERSONAL & CONFIDENTIAL**

<table>
<tr><td>2nd attempt to mail this document due to returned mail on 3/25/2009</td></tr>
</table>

2nd attempt to mail this
document due to returned
mail on 3/25/2009

March 10, 2009

REDACTED

Dear REDACTED :

Thank you for your interest in the REDACTED position with Igloo Products Corp. We regret to inform you that we cannot give you any further consideration for employment. This action was based in whole or part by information contained in the background report, provided by the following consumer reporting agency:

ChoicePoint WorkPlace Solutions Inc.
Consumer Center
P.O. Box 105108
Atlanta, GA 30348-5108
1-800-845-6004

We have enclosed another copy of the "Summary of Your Rights Under the Fair Credit Report Act (FCRA)": Under the federal Fair Credit Reporting Act, we are required to make the following disclosure to you:

A copy of the report was provided to you on March 4, 2009. You have the right to obtain a free copy of your file from the consumer reporting agency if you make a request with the agency within 60 days.

You have the right to dispute directly with the consumer reporting agency the accuracy or completeness of any information provided by the consumer reporting agency. The consumer-reporting agency did not make the adverse employment decision and is not able to explain why we made the decision.

Sincerely,

Wm. Alexander Hodges

Director of Human Resources



IGLOO PRODUCTS CORP.
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

**PERSONAL & CONFIDENTIAL**

March 25, 2009

REDACTED

Dear REDACTED :

Enclosed for your information is a copy of the background report that you authorized in regard to your application for employment, together with a "Summary of Rights Under the Fair Credit Reporting Act". We obtained the report from :

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

Please contact me immediately (within 5 business days) at 713-584-5555 in reference to the enclosed report or we will presume this information is not being contested.

This letter is sent to you in compliance with the Fair Credit Reporting Act.

Sincerely,

Wm. Alexander Hodges
Director of Human Resources

- 1 -



**IGLOO PRODUCTS CORP.**
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

**PERSONAL & CONFIDENTIAL**

April 1, 2009

REDACTED

Dear REDACTED :

Thank you for your interest in the REDACTED position with Igloo Products Corp. We regret to inform you that we cannot give you any further consideration for employment. This action was based in whole or part by information contained in the background report, provided by the following consumer reporting agency:

**ChoicePoint WorkPlace Solutions Inc.**
**Consumer Center**
**P.O. Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

We have enclosed another copy of the "Summary of Your Rights Under the Fair Credit Report Act (FCRA)": Under the federal Fair Credit Reporting Act, we are required to make the following disclosure to you:

A copy of the report was provided to you on March 25, 2009. You have the right to obtain a free copy of your file from the consumer reporting agency if you make a request with the agency within 60 days.

You have the right to dispute directly with the consumer reporting agency the accuracy or completeness of any information provided by the consumer reporting agency. The consumer-reporting agency did not make the adverse employment decision and is not able to explain why we made the decision.

Sincerely,

Wm. Alexander Hodges
Director of Human Resources



IGLOO PRODUCTS CORP.
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

## PERSONAL & CONFIDENTIAL

June 5, 2009

REDACTED

Dear REDACTED :

Enclosed for your information is a copy of the background report that you authorized in regard to your application for employment, together with a "Summary of Rights Under the Fair Credit Reporting Act". We obtained the report from :

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

Please contact me immediately (within 5 business days) at 713-584-6555 in reference to the enclosed report or we will presume this information is not being contested.

This letter is sent to you in compliance with the Fair Credit Reporting Act.

Sincerely,

Wm. Alexander Hodges
Director of Human Resources

- 1 -



**IGLOO PRODUCTS CORP.**
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

June 12, 2009

REDACTED

Dear REDACTED ,

Thank you for your interest in the REDACTED position with Igloo Products Corp. We regret to inform you that we cannot give you any further consideration for employment. This action was based in whole or part by information contained in the background report, provided by the following consumer reporting agency:

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

We have enclosed another copy of the "Summary of Your Rights Under the Fair Credit Report Act (FCRA)": Under the federal Fair Credit Reporting Act, we are required to make the following disclosure to you:

A copy of the report was provided to you on June 5, 2009. You have the right to obtain a free copy of your file from the consumer reporting agency if you make a request with the agency within 60 days.

You have the right to dispute directly with the consumer reporting agency the accuracy or completeness of any information provided by the consumer reporting agency. The consumer-reporting agency did not make the adverse employment decision and is not able to explain why we made the decision.

Sincerely,

Wm. Alexander Hodges

Director of Human Resources



IGLOO PRODUCTS CORP.
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

**PERSONAL & CONFIDENTIAL**

October 7, 2009

REDACTED

Dear REDACTED

Enclosed for your information is a copy of the background report that you authorized in regard to your application for employment, together with a "Summary of Rights Under the Fair Credit Reporting Act". We obtained the report from :

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

Please contact me immediately (within 5 business days) at 713-584-5555 in reference to the enclosed report or we will presume this information is not being contested.

This letter is sent to you in compliance with the Fair Credit Reporting Act.

Sincerely,

Wm. Alexander Hodges
Director of Human Resources



IGLOO PRODUCTS CORP.
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

October 14, 2009

REDACTED

Dear REDACTED

Thank you for your interest in the ⬛REDACTED⬛ position with Igloo Products Corp.
We regret to inform you that we cannot give you any further consideration for employment.
This action was based in whole or part by information contained in the background report,
provided by the following consumer reporting agency:

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

We have enclosed another copy of the "Summary of Your Rights Under the Fair Credit Report
Act (FCRA)": Under the federal Fair Credit Reporting Act, we are required to make the
following disclosure to you:

A copy of the report was provided to you on October 7, 2009. You have the right to obtain a free
copy of your file from the consumer reporting agency if you make a request with the agency
within 60 days.

You have the right to dispute directly with the consumer reporting agency the accuracy or
completeness of any information provided by the consumer reporting agency. The consumer-
reporting agency did not make the adverse employment decision and is not able to explain why
we made the decision.

Sincerely,

Wm. Alexander Hodges

Director of Human Resources



IGLOO PRODUCTS CORP.
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

**PERSONAL & CONFIDENTIAL**

October 21, 2009

REDACTED

Dear REDACTED ,

Enclosed for your information is a copy of the background report that you authorized in regard to your application for employment, together with a "Summary of Rights Under the Fair Credit Reporting Act". We obtained the report from :

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

Please contact me immediately (within 5 business days) at 713-584-6555 in reference to the enclosed report or we will presume this information is not being contested.

This letter is sent to you in compliance with the Fair Credit Reporting Act.

Sincerely,

Wm. Alexander Hodges
Director of Human Resources

- 1 -



IGLOO PRODUCTS CORP.
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

October 28, 2009

REDACTED

Dear REDACTED ,

Thank you for your interest in the REDACTED position with Igloo Products Corp. We regret to inform you that we cannot give you any further consideration for employment. This action was based in whole or part by information contained in the background report, provided by the following consumer reporting agency:

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

We have enclosed another copy of the "Summary of Your Rights Under the Fair Credit Report Act (FCRA)": Under the federal Fair Credit Reporting Act, we are required to make the following disclosure to you:

A copy of the report was provided to you on October 21, 2009. You have the right to obtain a free copy of your file from the consumer reporting agency if you make a request with the agency within 60 days.

You have the right to dispute directly with the consumer reporting agency the accuracy or completeness of any information provided by the consumer reporting agency. The consumer-reporting agency did not make the adverse employment decision and is not able to explain why we made the decision.

Sincerely,

Wm. Alexander Hodges

Director of Human Resources



IGLOO PRODUCTS CORP.
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

**PERSONAL & CONFIDENTIAL**

December 17, 2009

REDACTED

Dear REDACTED :

Enclosed for your information is a copy of the background report that you authorized in regard to your application for employment, together with a "Summary of Rights Under the Fair Credit Reporting Act". We obtained the report from :

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

Please contact me immediately (within 5 business days) at 713-584-6555 in reference to the enclosed report or we will presume this information is not being contested.

This letter is sent to you in compliance with the Fair Credit Reporting Act.

Sincerely,

Wm. Alexander Hodges
Director of Human Resources

- 1 -



IGLOO PRODUCTS CORP.
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

December 22, 2009

REDACTED

Dear REDACTED ,

Thank you for your interest in the REDACTED position with Igloo Products Corp. We regret to inform you that we cannot give you any further consideration for employment. This action was based in whole or part by information contained in the background report, provided by the following consumer reporting agency:

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

We have enclosed another copy of the "Summary of Your Rights Under the Fair Credit Report Act (FCRA)": Under the federal Fair Credit Reporting Act, we are required to make the following disclosure to you:

A copy of the report was provided to you on December 17, 2009. You have the right to obtain a free copy of your file from the consumer reporting agency if you make a request with the agency within 60 days.

You have the right to dispute directly with the consumer reporting agency the accuracy or completeness of any information provided by the consumer reporting agency. The consumer reporting agency did not make the adverse employment decision and is not able to explain why we made the decision.

Sincerely,

Wm. Alexander Hodges

Director of Human Resources



IGLOO PRODUCTS CORP.
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

**PERSONAL & CONFIDENTIAL**

June 30, 2010

REDACTED

Dear   REDACTED   ,

Enclosed for your information is a copy of the background report  that you authorized in regard
to your application for employment, together with a "Summary of Rights Under the Fair Credit
Reporting Act".  We obtained the report from :

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

Please contact me immediately (within 5 business days) at 713-584-6562  in reference to the
enclosed report or we will presume this information is not being contested.

This letter is sent to you in compliance with the Fair Credit Reporting Act.

Sincerely,

Janette Martinez
HR Manager



IGLOO PRODUCTS CORP.
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

July 7, 2010

REDACTED

Dear REDACTED ,

Thank you for your interest in the REDACTED position with Igloo Products Corp. We regret to inform you that we cannot give you any further consideration for employment. This action was based in whole or part by information contained in the background report, provided by the following consumer reporting agency:

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

We have enclosed another copy of the "Summary of Your Rights Under the Fair Credit Report Act (FCRA)": Under the federal Fair Credit Reporting Act, we are required to make the following disclosure to you:

A copy of the report was provided to you on June 30, 2010. You have the right to obtain a free copy of your file from the consumer reporting agency if you make a request with the agency within 60 days.

You have the right to dispute directly with the consumer reporting agency the accuracy or completeness of any information provided by the consumer reporting agency. The consumer-reporting agency did not make the adverse employment decision and is not able to explain why we made the decision.

Sincerely,

Janette Martinez

Janette Martinez

HR Manager



IGLOO PRODUCTS CORP.
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

**PERSONAL & CONFIDENTIAL**

June 30, 2010

REDACTED

Dear REDACTED ,

Enclosed for your information is a copy of the background report that you authorized in regard to your application for employment, together with a "Summary of Rights Under the Fair Credit Reporting Act". We obtained the report from :

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

Please contact me immediately (within 5 business days) at 713-584-6562 in reference to the enclosed report or we will presume this information is not being contested.

This letter is sent to you in compliance with the Fair Credit Reporting Act.

Sincerely,

Janette Martinez
HR Manager

- 1 -



IGLOO PRODUCTS CORP.
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

July 7, 2010

REDACTED

Dear REDACTED ,

Thank you for your interest in the REDACTED position with Igloo Products Corp. We regret to inform you that we cannot give you any further consideration for employment. This action was based in whole or part by information contained in the background report, provided by the following consumer reporting agency:

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

We have enclosed another copy of the "Summary of Your Rights Under the Fair Credit Report Act (FCRA)": Under the federal Fair Credit Reporting Act, we are required to make the following disclosure to you:

A copy of the report was provided to you on June 30, 2010. You have the right to obtain a free copy of your file from the consumer reporting agency if you make a request with the agency within 60 days.

You have the right to dispute directly with the consumer reporting agency the accuracy or completeness of any information provided by the consumer reporting agency. The consumer-reporting agency did not make the adverse employment decision and is not able to explain why we made the decision.

Sincerely,

Janette Martinez

Janette Martinez

HR Manager

 **IGLOO PRODUCTS CORP.**
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

**PERSONAL & CONFIDENTIAL**

August 31, 2010

REDACTED

Dear REDACTED :

Enclosed for your information is a copy of the background report that you authorized in regard to your application for employment, together with a "Summary of Rights Under the Fair Credit Reporting Act". We obtained the report from :

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

Please contact Martha Zarate immediately (within 5 business days) at 713-584-6304 in reference to the enclosed report or we will presume this information is not being contested.

This letter is sent to you in compliance with the Fair Credit Reporting Act.

Sincerely,

Wm. Alexander Hodges
HR Director

- 1 -



IGLOO PRODUCTS CORP.
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

September 9, 2010

REDACTED

Dear    REDACTED    ,

Thank you for your interest in the    REDACTED    position with Igloo Products Corp. We regret to inform you that we cannot give you any further consideration for employment. This action was based in whole or part by information contained in the background report, provided by the following consumer reporting agency:

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

We have enclosed another copy of the "Summary of Your Rights Under the Fair Credit Report Act (FCRA)": Under the federal Fair Credit Reporting Act, we are required to make the following disclosure to you:

A copy of the report was provided to you on September 1, 2010. You have the right to obtain a free copy of your file from the consumer reporting agency if you make a request with the agency within 60 days.

You have the right to dispute directly with the consumer reporting agency the accuracy or completeness of any information provided by the consumer reporting agency. The consumer-reporting agency did not make the adverse employment decision and is not able to explain why we made the decision.

Sincerely,

Wm. Alexander Hodges

Director of Human Resources



IGLOO PRODUCTS CORP.
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

**PERSONAL & CONFIDENTIAL**

September 9, 2010

REDACTED

Dear REDACTED :

Enclosed for your information is a copy of the background report that you authorized in regard to your application for employment, together with a "Summary of Rights Under the Fair Credit Reporting Act". We obtained the report from :

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

Please contact me immediately (within 5 business days) at 713-584-6555 in reference to the enclosed report or we will presume this information is not being contested.

This letter is sent to you in compliance with the Fair Credit Reporting Act.

Sincerely,

Wm. Alexander Hodges
Director of Human Resources



**I G L O O   P R O D U C T S   C O R P.**
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

September 17, 2010

REDACTED

Dear  REDACTED              ,

Thank you for your interest in the   REDACTED          position with Igloo Products Corp. We
regret to inform you that we cannot give you any further consideration for employment. This
action was based in whole or part by information contained in the background report, provided
by the following consumer reporting agency:

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

We have enclosed another copy of the "Summary of Your Rights Under the Fair Credit Report
Act (FCRA)": Under the federal Fair Credit Reporting Act, we are required to make the
following disclosure to you:

A copy of the report was provided to you on September 10, 2010. You have the right to obtain a
free copy of your file from the consumer reporting agency if you make a request with the agency
within 60 days.

You have the right to dispute directly with the consumer reporting agency the accuracy or
completeness of any information provided by the consumer reporting agency. The consumer-
reporting agency did not make the adverse employment decision and is not able to explain why
we made the decision.

Sincerely,

Wm. Alexander Hodges

Director of Human Resources



IGLOO PRODUCTS CORP
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

**PERSONAL & CONFIDENTIAL**

October 13, 2010

REDACTED

Dear   REDACTED   :

Enclosed for your information is a copy of the background report that you authorized in regard to your application for employment, together with a "Summary of Rights Under the Fair Credit Reporting Act". We obtained the report from :

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

Please contact me immediately (within 5 business days) at 713-584-6555 in reference to the enclosed report or we will presume this information is not being contested.

This letter is sent to you in compliance with the Fair Credit Reporting Act.

Sincerely,

Wm. Alexander Hodges   /Katie Buckaew, Rep.

Wm. Alexander Hodges
Director of Human Resources



IGLOO PRODUCTS CORP.
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

*Copy*

October 21, 2010

REDACTED

Dear REDACTED :

Thank you for your interest in the REDACTED position with Igloo Products Corp. We regret to inform you that we cannot give you any further consideration for employment. This action was based in whole or part by information contained in the background report, provided by the following consumer reporting agency:

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

We have enclosed another copy of the "Summary of Your Rights Under the Fair Credit Report Act (FCRA)": Under the federal Fair Credit Reporting Act, we are required to make the following disclosure to you:

A copy of the report was provided to you on October 14, 2010. You have the right to obtain a free copy of your file from the consumer reporting agency if you make a request with the agency within 60 days.

You have the right to dispute directly with the consumer reporting agency the accuracy or completeness of any information provided by the consumer reporting agency. The consumer-reporting agency did not make the adverse employment decision and is not able to explain why we made the decision.

Sincerely,

Wm. Alexander Hodges

Director of Human Resources



IGLOO PRODUCTS CORP
777 Igloo Road
Katy, Texas  77494
713.461.5955
www.igloocoolers.com

**PERSONAL & CONFIDENTIAL**

April 21, 2011

REDACTED

Dear REDACTED :

Enclosed for your information is a copy of the background report  that you authorized in regard to your application for employment, together with a "Summary of Rights Under the Fair Credit Reporting Act".  We obtained the report from :

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

Please contact me immediately (within 5 business days) at 713-584-6555  in reference to the enclosed report or we will presume this information is not being contested.

This letter is sent to you in compliance with the Fair Credit Reporting Act.

Sincerely,

Wm. Alexander Hodges
HR Director

- 1 -



IGLOO PRODUCTS CORP.
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

April 28, 2011

REDACTED

Dear  REDACTED  :

Thank you for your interest in the  REDACTED  position with Igloo Products Corp. We regret to inform you that we cannot give you any further consideration for employment. This action was based in whole or part by information contained in the background report, provided by the following consumer reporting agency:

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

We have enclosed another copy of the "Summary of Your Rights Under the Fair Credit Report Act (FCRA)": Under the federal Fair Credit Reporting Act, we are required to make the following disclosure to you:

A copy of the report was provided to you on April 21, 2011. You have the right to obtain a free copy of your file from the consumer reporting agency if you make a request with the agency within 60 days.

You have the right to dispute directly with the consumer reporting agency the accuracy or completeness of any information provided by the consumer reporting agency. The consumer-reporting agency did not make the adverse employment decision and is not able to explain why we made the decision.

Sincerely,

Wm. Alexander Hodges
Director of Human Resources



IGLOO PRODUCTS CORP.
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

**PERSONAL & CONFIDENTIAL**

May 10, 2011

REDACTED

Dear REDACTED :

Enclosed for your information is a copy of the background report that you authorized in regard to your application for employment, together with a "Summary of Rights Under the Fair Credit Reporting Act". We obtained the report from :

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

Please contact me immediately (within 5 business days) at 713-584-6555 in reference to the enclosed report or we will presume this information is not being contested.

This letter is sent to you in compliance with the Fair Credit Reporting Act.

Sincerely,

Wm. Alexander Hodges
HR Director

- 1 -



IGLOO PRODUCTS CORP.
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

May 20, 2011

REDACTED

Dear REDACTED ,

Thank you for your interest in the REDACTED position with Igloo Products
Corp. We regret to inform you that we cannot give you any further consideration for
employment. This action was based in whole or part by information contained in the background
report, provided by the following consumer reporting agency:

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

We have enclosed another copy of the "Summary of Your Rights Under the Fair Credit Report
Act (FCRA)": Under the federal Fair Credit Reporting Act, we are required to make the
following disclosure to you:

A copy of the report was provided to you on May 10, 2011. You have the right to obtain a free
copy of your file from the consumer reporting agency if you make a request with the agency
within 60 days.

You have the right to dispute directly with the consumer reporting agency the accuracy or
completeness of any information provided by the consumer reporting agency. The consumer-
reporting agency did not make the adverse employment decision and is not able to explain why
we made the decision.

Sincerely,

Wm. Alexander Hodges

Director of Human Resources



IGLOO PRODUCTS CORP.
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

**PERSONAL & CONFIDENTIAL**

May 24, 2011

REDACTED

Dear REDACTED

Enclosed for your information is a copy of the background report that you authorized in regard to your application for employment, together with a "Summary of Rights Under the Fair Credit Reporting Act". We obtained the report from:

**LexisNexis Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-297-3275**

Please contact me immediately (within 5 business days) at 713-584-6556 in reference to the enclosed report or we will presume this information is not being contested.

This letter is sent to you in compliance with the Fair Credit Reporting Act.

Sincerely,

Nick B. Tran
Senior Recruiter



**IGLOO PRODUCTS CORP.**
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

May 26, 2011

REDACTED

Dear REDACTED

Thank you for your interest in the REDACTED position with Igloo Products Corp. We regret to inform you that we cannot give you any further consideration for employment. This action was based in whole or part by information contained in the background report, provided by the following consumer reporting agency:

**LexisNexis Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-297-3275**

We have enclosed another copy of the "Summary of Your Rights Under the Fair Credit Report Act (FCRA)": Under the federal Fair Credit Reporting Act, we are required to make the following disclosure to you:

A copy of the report was provided to you on May 24, 2011. You have the right to obtain a free copy of your file from the consumer reporting agency if you make a request with the agency within 60 days.

You have the right to dispute directly with the consumer reporting agency the accuracy or completeness of any information provided by the consumer reporting agency. The consumer-reporting agency did not make the adverse employment decision and is not able to explain why we made the decision.

Sincerely,

Nick B. Tran
Senior Recruiter



**I G L O O   P R O D U C T S   C O R P.**
777 Igloo Road
Katy, Texas  77494
713.461.5955
www.igloocoolers.com

**PERSONAL & CONFIDENTIAL**

June 21, 2011

REDACTED

Dear REDACTED

Enclosed for your information is a copy of the background report that you authorized in regard to your application for employment, together with a "Summary of Rights Under the Fair Credit Reporting Act". We obtained the report from:

**LexisNexis Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-297-3275**

Please contact me immediately (within 5 business days) at 713-584-6556 in reference to the enclosed report or we will presume this information is not being contested.

This letter is sent to you in compliance with the Fair Credit Reporting Act.

Sincerely,

Nick B. Tran
Senior Recruiter

- 1 -



IGLOO PRODUCTS CORP.
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

June 28, 2011

REDACTED

Dear REDACTED

Thank you for your interest in the REDACTED position with Igloo Products Corp. We regret to inform you that we cannot give you any further consideration for employment. This action was based in whole or part by information contained in the background report, provided by the following consumer reporting agency:

**LexisNexis Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-297-3275**

We have enclosed another copy of the "Summary of Your Rights Under the Fair Credit Report Act (FCRA)": Under the federal Fair Credit Reporting Act, we are required to make the following disclosure to you:

A copy of the report was provided to you on May 24, 2011. You have the right to obtain a free copy of your file from the consumer reporting agency if you make a request with the agency within 60 days.

You have the right to dispute directly with the consumer reporting agency the accuracy or completeness of any information provided by the consumer reporting agency. The consumer-reporting agency did not make the adverse employment decision and is not able to explain why we made the decision.

Sincerely,

Wm. Alexander Hodges
Director of Human Resources

# EXHIBIT
# 4

 IGLOO PRODUCTS CORP.
777 Igloo Road
Katy, Texas 77494
713.461.5955
www.igloocoolers.com

**PERSONAL & CONFIDENTIAL**

June 30, 2010

Danny Teagle
30176 Howell Rd.
Waller, TX 77484

Dear Danny Teagle:

Enclosed for your information is a copy of the background report that you authorized in regard to your application for employment, together with a "Summary of Rights Under the Fair Credit Reporting Act". We obtained the report from :

**Choice Point WorkPlace Solutions Inc.**
**Consumer Center**
**PO Box 105108**
**Atlanta, GA 30348-5108**
**1-800-845-6004**

Please contact me immediately (within 5 business days) at 713-584-6562 in reference to the enclosed report or we will presume this information is not being contested.

This letter is sent to you in compliance with the Fair Credit Reporting Act.

Sincerely,

Janette Martinez
HR Manager