# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DANNY R. TEAGLE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., and IGLOO PRODUCTS CORP., <br><br> Defendants. | CIVIL ACTION NO. <br> 1:11-cv-01280-RWS-CCH |

## DEFENDANT IGLOO PRODUCTS CORP.'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO PLAINTIFF'S CLASS CLAIMS

Defendant Igloo Products Corp. ("Igloo"), by and through its undersigned counsel, hereby files this Motion for Judgment on the Pleadings as to Plaintiff's Class Claims. As set forth in detail in the supporting memorandum of law, filed contemporaneously herewith, Plaintiff's class claims fail to state a claim upon which relief can be granted. Plaintiff has not provided any evidence suggesting that the facts alleged in support of his individual claim are common to any other individual, much less the entire class he proposes to represent. Additionally,

Plaintiff failed to meet the deadline specified by the Court pursuant to Local Rule 23.1 to move for certification of the class claims, and, therefore the class claims are, in essence, time-barred. Accordingly, Igloo respectfully requests that this Court enter an order granting Igloo judgment on the pleadings as to the class claims that have been asserted against it.

Respectfully submitted this 31st day of August, 2011.

/s/ Margaret T. Blackwood
Margaret T. Blackwood
Georgia Bar No. 061095
MBlackwood@Littler.com
Angelo Spinola
Georgia Bar No. 672191
ASpinola@Littler.com
Marcia A. Ganz
Georgia Bar No. 320317
MGanz@Littler.com

LITTLER MENDELSON
A Professional Corporation
3344 Peachtree Road N.E.
Suite 1500
Atlanta, GA  30326.4803
Tel: (404) 233-0330
Fax: (404) 233-2361

Attorneys for Defendant
Igloo Products Corporation

## **FONT CERTIFICATION**

The undersigned hereby certifies that this pleading complies with the font requirements of LR 5.1B because the document has been prepared in Times New Roman, 14 point.

/s/ Margaret T. Blackwood
Margaret T. Blackwood
Attorney for Defendant

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| DANNY R. TEAGLE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., <br> and <br> IGLOO PRODUCTS CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. <br> 1:11-cv-01280-RWS-CCH |

### **CERTIFICATE OF SERVICE**

I hereby certify that on August 31st, 2011, I electronically filed the foregoing **Defendant Igloo Products Corp.'s Motion For Judgment On The Pleadings As To Plaintiff's Class Claims** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| **Michael A. Caddell** <br> **Cynthia B. Chapman** <br> **Craig C. Marchiando** <br> Caddell & Chapman, P.C. <br> 1331 Lamar, Suite 1070 | Mara McRae <br> McRae Brooks Warner LLC <br> 1175 Peachtree St., N.E. <br> 100 Colony Square, Suite 2100 <br> Atlanta, GA 30361 |

| | |
|---|---|
| Houston, TX 77010-3027<br>713-751-0400<br>Fax: 713-751-0906<br>mac@caddellchapman.com<br>cbc@caddellchapman.com<br>ccm@caddellchapman.com | 404-681-0700<br>Fax: 404-681-0780<br>mmcrae@mbwattorneys.com |
| **Leonard A. Bennett**<br>Consumer Litigation Associates, P.C.<br>12515 Warwick Boulevard, Suite 100<br>Newport News, VA  23606<br>757-930-3660<br>lenbennett@cox.net | **James McCabe**<br>Morrison & Foerster<br>425 Market St., 32nd Floor<br>San Francisco, CA  94105<br>415-268-7000<br>Fax: 405-268-7522<br>jmccabe@mofo.com |
| **Jill A. Pryor**<br>**Alison B. Prout**<br>Bondurant, Mixson & Elmore, LLP<br>3900 One Atlantic Center<br>1201 West Peachtree St., N.W.<br>Atlanta, GA  30309<br>404-881-4100<br>Fax: 404-881-4111<br>pryor@bmelaw.com<br>prout@bmelaw.com | |
| | /s/ Margaret T. Blackwood<br>Margaret T. Blackwood<br>Georgia Bar No. 061095<br>Littler Mendelson, P.C.<br>3344 Peachtree Road, Suite 1500<br>Atlanta, GA  30326<br>Tel: (404) 233-0330<br>Fax: (404) 233-2361<br>MBlackwood@Littler.com<br><br>Attorney for Defendant<br>Igloo Products Corporation |

5