# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DANNY R. TEAGLE, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:11-CV-1280 |
| LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., and IGLOO PRODUCTS CORP., | § § § § § § § § | Jury Trial Demanded |
| Defendants. | § | |

## [PROPOSED] ORDER GRANTING
## SECOND CONSENT MOTION TO EXTEND TIME TO RESPOND

Upon joint motion of the Parties, by and through their counsel of record, and for good cause shown, the deadline for Plaintiff to reply to Igloo's Response to Plaintiff's Motion to Extend Time to Move for Class Certification (Dkt. No. 32) and respond to Igloo's Motion for Judgment on the Pleadings as to Plaintiff's Class Claims (Dkt. No. 33) is hereby extended through and including October 7, 2011.

2

**IT IS SO ORDERED,** this _____ day of _____, 2011.

_____
Richard W. Story
UNITED STATES DISTRICT JUDGE

_____
C. Christopher Hagy
UNITED STATES MAGISTRATE JUDGE