# Exhibit B

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DANNY R. TEAGLE, individually and on behalf of all others similarly situated, | Civil No. 11-1280 (RWS-CCH) |
| Plaintiff, | |
| v. | |
| LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., and IGLOO PRODUCTS CORP., | |
| Defendants. | |

### DECLARATION OF JAMES F. MCCABE IN SUPPORT OF DEFENDANT LEXISNEXIS SCREENING SOLUTIONS INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

I, James F. McCabe, declare as follows:

1.    I am a partner at the law firm of Morrison & Foerster LLP, which is counsel for defendant LexisNexis Screening Solutions Inc. ("LNSSI"), in the above-captioned action. I am licensed to practice law in the State of California. I am admitted *pro hac vice* in this matter. I make this declaration on personal knowledge and am competent to testify on the matters below.

2

2. On July 27, 2011, plaintiff Teagle's counsel provided me with a copy of the background screening report on Jesus Salazar, Jr. prepared by LNSSI at the request of CDI Corporation in August 2010.

3. A true and correct copy of the Salazar background screening report is attached as Exhibit C to LNSSI's opposition to plaintiff Teagle's motion for leave to file a first amended complaint in this matter.

4. Various items of information, such as social security numbers, addresses and dates of birth, have been redacted, as appropriate, from Exhibit C to protect against the disclosure of personal information.  Exhibit C otherwise appears as I received it from plaintiff Teagle's counsel on July 27.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 30, 2011, at San Francisco, California.

                                                     /s James F. McCabe
                                                     James F. McCabe