Exhibit C



SALAZAR, JESUS
REDACTED
REDACTED

# BACKGROUND REPORT
# CONFIDENTIAL

CDI CORPORATION
ATTN: MARKITA GATEWOOD
2101 GATEWAY CENTRE

MORRISVILLE, NC 27560

ACCT NO: 014034ACP

| |
|---|
| **Caution to Customer:  Under the terms of our service agreement, this report is submitted with the understanding  that it is to be held in strict confidence and to be used Only for the purpose indicated in the Customer's agreement for service, ie to determine eligibility for Employment / Volunteer / Government benefits / etc. If the Client Representative intends to take adverse action based in whole or in part on the contents of this report, the Client Representative must provide the consumer with a copy of the report and a summary of consumer rights as prescribed by FCRA section 1681g(c)(3). LexisNexis Risk Solutions has provided your company with copies of the consumer rights statements for this purpose.  In addition, remember the pre- and post-notification requirements and Consumer authorization prescribed by FCRA section 1681b and section 1681m.** |
| **If you are the Consumer, please contact the LexisNexis Consumer Center at:** **Toll Free (within the U.S.): 1-800-845-6004** **Toll Number (outside the U.S.): +1 770-291-3411** **LexisNexis clients, please contact the Atlanta Employment Service Center at (800)888-5773 (outside North America +1-770-569-3001)** |

*We appreciate your business!*

**Copyright 2010 LexisNexis Risk Solutions.  All Rights Reserved.**

**LexisNexis Confidential and Proprietary**

REDACTED                                                                   .    8/27/2010

| **GENERAL CONSUMER INFORMATION** | |
|---|---|
| Consumer's Name: **SALAZAR, JESUS** | Client's Name: **CDI CORPORATION** |
| DIVISION CODE: **1226** | Client Reference 2: |
| Client ID: **014034ACP** | Client Representative: **MARKITA** |

**Last Name, First Name, Middle Name, SSN, Date of Birth, Address**

| **Last Name, Suffix** | **First Name** | **Middle Name** |
|---|---|---|
| SALAZAR | JESUS | Not Provided |

Other Names:
  **NOT PROVIDED**
SSN:   REDACTED
Date of Birth:   **11/18/XXXX**
Address:        REDACTED
        **COPPELL, TX 75019**
Date Ordered :   **August 11, 2010 09:46:47 AM**
Background Check Completion Date :   **August 20, 2010 01:56:10 PM**
Report Last Updated On :   **August 20, 2010 01:56:10 PM**
Date Report Printed:   **August 27, 2010 02:06:22 PM**
**All timestamps represent Eastern Time.**

| BACKGROUND REPORT SUMMARY | | | |
|---|---|---|---|
| **Package Name:** | **CDI IBM** | | |
| **PACKAGE SEARCHES ORDERED** | **STATUS** | **DISCREPANCY** | **SCORE** |
| Social Security Verification | Completed | N | |
| <span style="color:red">Felony And Misdemeanor</span> | <span style="color:red">Completed</span> | <span style="color:red">Y*</span> | |
| Federal Felony and Misdemeanor | Completed | N | |
| **ADDITIONAL SEARCHES ORDERED** | | | |
| NONE | | | |
| **Remarks** | | | |

\*   There is inconsistency between what the consumer provided versus what LexisNexis Risk Solutions's research **confirmed**.  Please refer to the corresponding detailed component report section for additional information.

\*\*   Further review is required by the client to determine the consumer's eligibility based on background check results. Please refer to the corresponding detailed component report section for additional information.

\*\*\*   This product has been blocked from delivery due to compliance related restrictions.

| SOCIAL SECURITY NUMBER VALIDATION | | | |
|---|---|---|---|

The Social Security Number Validation is a process where the SSN is confirmed as being issued by the Social Security Administration.  The Social Security Number Validation also confirms that the SSN does not belong to a deceased individual.

| **Valid SSN?** | **Date Issued** | **State Issued** | **Reported Deceased?** |
|---|---|---|---|
| YES | BETWEEN 1970-1971 | TEXAS | NO |

**Disclaimer: The results of the Social Security Number Validation do not provide a verification that the Social Security Number belongs to the Consumer of this report.**

### SSN AND IDENTITY VERIFICATION

**The Social Security Number Verification/Identity Verification (SSNV) performed for this applicant reviews NON-FCRA data designed to confirm the identity of the applicant prior to you reviewing the FCRA-regulated employment-related background check. As such, this identity confirmation is not part of the FCRA Consumer Report and does not use an FCRA database. Only the contents of the Consumer Report itself should be used as factors in evaluating an individual for employment, promotion, reassignment, or retention as an employee.**

**CUSTOMER PROVIDED INFORMATION**

| SSN | REDACTED | DOB | **11/18/XXXX** |
|---|---|---|---|

| Name Type | **Report Subject** | Name | **SALAZAR, JESUS** |
|---|---|---|---|
| Name Type | **Former Name** | Name | **SALAZAR, JESUS  JR** |
| Name Type | **Former Name** | Name | **SALAZAR, JESSE** |
| Name Type | **Former Name** | Name | **SLAZAR, JESUS** |
| Name Type | **Former Name** | Name | **SALAZAR, JESUS J** |
| Addr Type | **Former Address** | | |

| Addr Type | | | | | |
|---|---|---|---|---|---|
| Address | REDACTED | | | | |
| | **SAN ANTONIO, TX 78207** | | | | |
| Addr Type | **Former Address** | | | | |
| Address | REDACTED | | | | |
| | **SAN ANTONIO, TX 78216** | | | | |
| Addr Type | **Former Address** | First Date | **08/00/1998** | Last | **04/00/2000** |
| Address | REDACTED | | | | |
| | **SAN ANTONIO, TX 78229** | | | | |
| Addr Type | **Former Address** | First Date | **12/00/2000** | Last | **12/00/2000** |
| Address | REDACTED | | | | |
| | **SAN ANTONIO, TX 78230** | | | | |
| Addr Type | **Former Address** | First Date | **02/00/2001** | Last | **02/00/2001** |
| Address | REDACTED | | | | |
| | **SAN ANTONIO, TX 78211** | | | | |
| Addr Type | **Former Address** | First Date | **05/00/2000** | Last | **01/00/2002** |
| Address | REDACTED | | | | |
| | **SAN ANTONIO, TX 78201** | | | | |
| Addr Type | **Former Address** | First Date | **06/00/2002** | Last | **06/00/2002** |
| Address | REDACTED | | | | |
| | **SAN ANTONIO, TX 78212** | | | | |
| Addr Type | **Former Address** | First Date | **01/00/2002** | Last | **10/00/2003** |
| Address | REDACTED | | | | |
| | **IRVING, TX 75038** | | | | |
| Addr Type | **Former Address** | First Date | **04/00/2002** | Last | **12/00/2003** |
| Address | REDACTED | | | | |
| | **SAN ANTONIO, TX 78216** | | | | |
| Addr Type | **Former Address** | First Date | **10/00/2001** | Last | **06/00/2004** |
| Address | REDACTED | | | | |
| | **IRVING, TX 75038** | | | | |
| Addr Type | **Former Address** | First Date | **08/00/1979** | Last | **01/00/2005** |
| Address | REDACTED | | | | |
| | **SAN ANTONIO, TX 78212** | | | | |
| Remarks | AN IDENTITY VERIFICATION SEARCH HAS BEEN COMPLETED AND NO DISCREPANCIES WERE FOUND. | | | | |

**Order Process History:**

| Date | Description |
|---|---|
| 08/11/2010 09:46:48 A.M. | **Search In Progress** |
| 08/11/2010 09:47:16 A.M. | **Search In Progress.** |
| 08/11/2010 09:47:18 A.M. | **Record Judged.** |

**PUBLIC RECORDS**

**CRIMINAL COURT SEARCHES**

REDACTED                                                                                   8/27/2010

| | |
|---|---|
| Search Type | **FELONY & MISDEMEANOR RECORD SEARCH**   Search Results **RECORD FOUND** |
| **Type of Search** | **Felony & Misdemeanor Search** |
| Date of Search | **08/13/2010** |
| Search Period | **08/13/2003 - 07/28/2010** |
| Address Covered | **215 WEST JOHN CARPENTER** |
| Address City Covered | **IRVING** |
| Address County Covered | **DALLAS** |
| Address State Covered | **Texas** |
| Records Source | **DALLAS COUNTY DISTRICT AND COUNTY COURTS** |
| Location | **133 N INDUSTRIAL BLVD DALLAS, DALLAS COUNTY** |
| Given Name Searched | **JESUS SALAZAR** |
| Developed Name Searched | **JESSE  SALAZAR** |
| | **JESUS J SALAZAR** |
| | **JESUS  SLAZAR** |

**Full matched by the following identifiers:Last Name,First Name,DOB,**
**Developed matched by the following identifiers:Suffix Name,**

| | | | |
|---|---|---|---|
| Case Reference # | **MB0836338** | Case Date | **01/13/2009** |
| Name On File | **SALAZAR, JESUS** | | |
| Social Security # On File | **XXX-XX-XXXX** | DOB on File | **11/18/XXXX** |
| Charge | **THEFT $50** | | |
| Charge Type | **MISDEMEANOR** | | |
| Disposition | **PENDING NEXT COURT DATE SCHEDULED FOR** | Date | **10/01/2010** |

**Source Status History**

| STATUS DATE | STATUS |
|---|---|
| 08/11/2010 | Search in progress.  Expected completion by 08/17/2010. |

**Remarks**

```
          SEARCH ALSO COVERS:      REDACTED          NG, DALLAS COUNTY, TX;   REDACTED
                 DALLAS COUNTY            REDACTED        COPPELL, DALLAS COUNTY,    REDAC
                 , IRVING, DALLAS COUN                                                TED
```

**Order Process History:**

| Date | Description |
|---|---|
| 08/11/2010 09:46:48 A.M. | **Search In Progress** |
| 08/11/2010 10:10:25 A.M. | **Search In Progress.** |
| 08/13/2010 05:41:14 P.M. | **Record sent for Auto Adjudication.** |
| 08/13/2010 05:41:29 P.M. | **Search In Progress** |
| 08/16/2010 10:43:58 A.M. | **Record Judged.** |

_____

| | |
|---|---|
| Search Type | **FELONY & MISDEMEANOR RECORD SEARCH**   Search Results **RECORD FOUND** |
| **Type of Search** | **Felony & Misdemeanor Search** |
| Date of Search | 08/13/2010 |
| Search Period | 08/13/2003 - 07/28/2010 |
| Address City Covered | **SAN ANTONIO** |
| Address County Covered | **BEXAR** |
| Address State Covered | **Texas** |
| Records Source | **BEXAR COUNTY DISTRICT AND COUNTY COURTS** |
| Location | **100 DOLOROSA, COUNTY COURTHOUSE SAN ANTONIO, BEXAR COUNTY** |
| Given Name Searched | **JESUS SALAZAR** |
| Developed Name Searched | **JESSE  SALAZAR** |
| | **JESUS J SALAZAR** |
| | **JESUS  SLAZAR** |

**Full matched by the following identifiers:Last Name,First Name,**
**Partial matched by the following identifiers:DOB,**
**Developed matched by the following identifiers:Middle Name,**

| | | | |
|---|---|---|---|
| Case Reference # | **2008CR0135W** | Case Date | **01/08/2008** |
| Name On File | **SALAZAR, JESSE R** | | |
| Social Security # On File | **XXX-XX-XXXX** | DOB on File | **11/18/XXXX** |
| Charge | **THEFT UNDER $1,500** | | |
| Charge Type | **FELONY** | | |
| Disposition | **GUILTY** | Date | **01/08/2008** |
| Sentence | **JAIL 6 MONTHS;  FINE $1500.00;  COSTS $806.00** | | |

**Source Status History**

| STATUS DATE | STATUS |
|---|---|
| 08/11/2010 | Search in progress.  Expected completion by 08/18/2010. |

**Remarks**

H ALSO COVERS:   REDACTED             EXAR COUNTY, TX;  REDACTED
                                REDACTED                                   REDACTED
   REDACTED                REDACTED            ONI                   RED
           NTONIO, BEXA         REDACTED    SAN ANTONIO, BEXAR COUNACT
   REDACTED   SAN ANTONIO, BEXAR COUNTY, T                                 ED

**Order Process History:**

| Date | Description |
|---|---|
| 08/11/2010 09:46:48 A.M. | **Search In Progress** |
| 08/11/2010 10:10:27 A.M. | **Search In Progress.** |
| 08/13/2010 09:25:52 A.M. | **Record Judged.** |

_____

| | |
|---|---|
| Search Type | **FELONY & MISDEMEANOR RECORD SEARCH**   Search Results **NO RECORD FOUND** |
| Type of Search | **Felony & Misdemeanor Search** |

| | |
|---|---|
| Date of Search | **08/13/2010** |
| Search Period | **08/13/2003 - 07/28/2010** |
| Address Covered | **5101 HIGH RIVER ROAD** |
| Address City Covered | **FORT WORTH** |
| Address County Covered | **TARRANT** |
| Address State Covered | **Texas** |
| Records Source | **TARRANT COUNTY DISTRICT AND COUNTY COURTS** |
| Location | **401 W BELKNAP FORT WORTH, TARRANT COUNTY** |
| Given Name Searched | **JESUS SALAZAR** |
| Developed Name Searched | **JESSE  SALAZAR** |
| | **JESUS J SALAZAR** |
| | **JESUS  SLAZAR** |

**Source Status History**

| STATUS DATE | STATUS |
|---|---|
| 08/11/2010 | Search in progress.  Expected completion by 08/17/2010. |

**Remarks**

```
  THIS SEARCH ALSO COVERS:     REDACTED     , ARLINGTON, TARRANT COUNTY, TX;
```

**Order Process History:**

| Date | Description |
|---|---|
| 08/11/2010 09:46:48 A.M. | **Search In Progress** |
| 08/11/2010 10:10:27 A.M. | **Search In Progress.** |
| 08/13/2010 09:25:52 A.M. | **Record Judged.** |

_____

| | | | |
|---|---|---|---|
| Search Type | **FEDERAL FELONY & MISDEMEANOR Search** | Search Results | **NO RECORD FOUND** |
| Type of Search | **Federal Criminal Search** | | |
| Date of Search | **08/16/2010** | | |
| Search Period | **08/13/2003 - 07/28/2010** | | |
| Address Covered | **215 WEST JOHN CARPENTER** | | |
| Address City Covered | **IRVING** | | |
| Address County Covered | **DALLAS** | | |
| Address State Covered | **Texas** | | |
| Records Source | **NORTHERN DISTRICT OF TEXAS DALLAS DIVISION US DISTRICT COURT** | | |
| Location | **1100 COMMERCE STREET ROOM 14A20 DALLAS, DALLAS COUNTY** | | |
| Given Name Searched | **JESUS SALAZAR** | | |
| Developed Name Searched | **JESSE  SALAZAR** | | |
| | **JESUS J SALAZAR** | | |
| | **JESUS  SLAZAR** | | |

**Source Status History**

| STATUS DATE | STATUS |
|---|---|
| 08/16/2010 | Additional Research Required, Expected completion by 08/19/2010. |
| 08/11/2010 | Search in progress. Expected completion by 08/13/2010. |

**Remarks**

```
SEARCH ALSO COVERS:    REDACTED           NG, DALLAS COUNTY, TX;    REDACTED
         DALLAS COUNTY        REDACTED      COPPELL, DALLAS COUNTY,    REDAC
             IRVING, DALLAS COUN                                        TED
```

**Order Process History:**

| Date | Description |
|---|---|
| 08/11/2010 09:46:48 A.M. | **Search In Progress** |
| 08/11/2010 09:54:38 A.M. | **Search In Progress.** |
| 08/12/2010 09:59:19 A.M. | **Record Judged.** |

_____

| Search Type | **FEDERAL FELONY & MISDEMEANOR Search** | Search Results | **NO RECORD FOUND** |
|---|---|---|---|

| | |
|---|---|
| Type of Search | **Federal Criminal Search** |
| Date of Search | **08/12/2010** |
| Search Period | **08/13/2003 - 08/05/2010** |
| Address City Covered | **SAN ANTONIO** |
| Address County Covered | **BEXAR** |
| Address State Covered | **Texas** |
| Records Source | **WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION US DISTRICT COURT** |
| Location | **655 EAST DURANGO SUITE G-65 SAN ANTONIO, BEXAR COUNTY** |
| Given Name Searched | **JESUS SALAZAR** |
| Developed Name Searched | **JESSE  SALAZAR**<br>**JESUS J SALAZAR**<br>**JESUS  SLAZAR** |

**Source Status History**

| STATUS DATE | STATUS |
|---|---|
| 08/11/2010 | Search in progress. Expected completion by 08/16/2010. |

**Remarks**

```
       H ALSO COVERS:    REDACTED                    EXAR COUNTY, TX;   REDACTE
                                       REDACTED                              D
          REDACTED                                        REDACTED
                              REDACTED           TONI                    RED
          ANTONIO, BEXA              REDACTED       , SAN ANTONIO, BEXAR COUNACT
    REDACTED , SAN ANTONIO, BEXAR COUNTY, T                                  ED
```

**Order Process History:**

| Date | Description |
|---|---|
| 08/11/2010 09:46:48 A.M. | **Search In Progress** |
| 08/11/2010 09:54:39 A.M. | **Search In Progress.** |
| 08/20/2010 01:56:10 P.M. | **Record Judged.** |

_____

| | | | |
|---|---|---|---|
| Search Type | **FEDERAL FELONY & MISDEMEANOR Search** | Search Results | **NO RECORD FOUND** |
| Type of Search | **Federal Criminal Search** | | |
| Date of Search | **08/20/2010** | | |
| Search Period | **08/13/2003 - 08/20/2010** | | |
| Address Covered | **5101 HIGH RIVER ROAD** | | |
| Address City Covered | **FORT WORTH** | | |
| Address County Covered | **TARRANT** | | |
| Address State Covered | **Texas** | | |
| Records Source | **NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION US DISTRICT COURT** | | |
| Location | **10TH & LAMAR 202 US COURTHOUSE FORT WORTH, TARRANT COUNTY** | | |
| Given Name Searched | **JESUS SALAZAR** | | |
| Developed Name Searched | **JESSE  SALAZAR** | | |
| | **JESUS J SALAZAR** | | |
| | **JESUS  SLAZAR** | | |

**Source Status History**

| STATUS DATE | STATUS |
|---|---|
| 08/19/2010 | Additional Research Required, Expected completion by 08/20/2010. |
| 08/11/2010 | Search in progress.  Expected completion by 08/13/2010. |

**Remarks**

THIS SEARCH ALSO COVERS:      REDACTED     , ARLINGTON, TARRANT COUNTY, TX;

**Order Process History:**

| Date | Description |
|---|---|
| 08/11/2010 09:46:48 A.M. | **Search In Progress** |
| 08/11/2010 09:54:39 A.M. | **Search In Progress.** |
| 08/20/2010 01:56:10 P.M. | **Record Judged.** |

_____