# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DANNY R. TEAGLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., and IGLOO PRODUCTS CORP.,<br><br>Defendants. | Civil No. 11-1280 (RWS-CCH) |

## ACKNOWLEDGEMENT OF AND AGREEMENT TO BE BOUND BY STIPULATION AND AGREED PROTECTIVE ORDER

1.  I hereby acknowledge that I have received a copy of the Stipulation and Agreed Protective Order (the "Order") that governs discovery in the above-styled action. I further affirm that I reviewed the terms of the Order before (a) receiving access to documents or information designated Confidential or Highly Confidential—Attorneys' Eyes Only pursuant to that Order; and/or (b) designating

subpoenaed documents or information Confidential or Highly Confidential—Attorneys' Eyes Only pursuant to that Order.

2. I acknowledge that I am bound by the terms of the Order and hereby agree to adhere to the terms of that Order. I specifically agree that I will not disclose or make unauthorized use of any information or documents designated as either Confidential or Highly Confidential—Attorneys' Eyes Only.

3. I agree to submit the jurisdiction of this Court for the purpose of enforcing the terms and conditions of the Order.

AGREED AND CONSENTED TO BY:

Date: _____

_____
Signature

_____
Print Name