**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| DANNY R. TEAGLE, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 1:11-CV-1280-RWS |
| v. | : : | |
| LEXISNEXIS SCREENING SOLUTIONS, INC., f/k/a Choicepoint's Workplace Solutions, Inc., *et al.*, | : : : : : | |
| Defendants. | : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [45] of Magistrate Judge C. Christopher Hagy. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant Igloo Products Corporation's Motion for Judgment on the Pleadings [33] is **DENIED AS MOOT**.

AO 72A
(Rev.8/82)

**SO ORDERED**, this  4th  day of November, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)