IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANNY R. TEAGLE, Individually and on behalf of all others similarly situated, : : : | |
| Plaintiff, : : | |
| v. : : | CIVIL ACTION NO. 1:11-CV-1280-RWS-CCH |
| LEXISNEXIS SCREENING SOLUTIONS, INC., f/k/a Choicepoint's Workplace Solutions, Inc., : : : : | |
| Defendant. : | |

## **O R D E R**

The above-captioned action is before the Court on the Plaintiff's Motion to Compel Discovery Responses [48] ("Motion to Compel"). In the Scheduling Order [30] entered in this action on August 22, 2011, the undersigned advised the parties as follows:

> The parties are advised that, **if a discovery dispute arises between the parties, counsel are required to contact the chambers of the undersigned by telephone to arrange a telephone conference before filing a motion.** Motions to compel, motions for protective order, motions for sanctions or any other motion arising out of a dispute over any discovery matter should ordinarily *not* be filed without a prior conference with the Court.

Scheduling Order [30] at 2 (emphasis in original).

Counsel for the Plaintiff failed to contact the undersigned before filing the Motion to Compel and failed to provide any reason for filing the Motion to Compel without doing so. Accordingly, the Plaintiff's Motion to Compel [48] is **DENIED**.

IT IS SO ORDERED this 7th day of November, 2011.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE