IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANNY R. TEAGLE, individually and on behalf of all others similarly situated, § § § § § § § Plaintiff, § § v. § § LEXISNEXIS SCREENING § SOLUTIONS, INC., formerly § known as CHOICEPOINT'S § WORKPLACE SOLUTIONS, § INC., § § Defendants. § | Civil Action No. 1:11-CV-1280-RWS-CCH |

ORDER GRANTING CONSENT MOTION
TO EXTEND CLASS CERTIFICATION AND DISCOVERY DEADLINES

Upon joint motion of the Parties, by and through their counsel of record, and for good cause shown, the deadline for Plaintiff to file his Motion for Class Certification and the date upon which discovery closes are hereby extended through and including February 29, 2012.  The Motion [51] is **GRANTED**.

IT IS SO ORDERED this 21st day of November, 2011.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE