UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANNY R. TEAGLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., and IGLOO PRODUCTS CORP.,<br><br>Defendants. | Civil No. 11-1280 (RWS-CCH) |

## STIPULATION AND AGREED PROTECTIVE ORDER

Plaintiff Danny R. Teagle and defendant LexisNexis Screening Solutions Inc. hereby stipulate and agree that the following provisions will govern the production and exchange of confidential discovery materials and other information in this action. The parties submit this Stipulation and Agreed Protective Order (the "Order") for the Court's approval pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and state as follows:

SO ORDERED this 1st day of ~~October~~ December 2011.

_____
Honorable Richard W. Story
United States District Court Judge