IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DANNY R. TEAGLE and JESUS
SALAZAR, JR., individually and on
behalf of all others similarly situated,

    Plaintiffs,

v.                                                                    Case No. 1:11-CV-1280-RWS-CCH

LEXISNEXIS SCREENING
SOLUTIONS, INC., formerly known
as CHOICEPOINT'S WORKPLACE
SOLUTIONS, INC.,

                                                         Jury Trial Demanded

    Defendant.

## ORDER GRANTING CONSENT MOTION TO EXTEND
## CLASS CERTIFICATION AND DISCOVERY DEADLINES

    Upon joint motion of the Parties, by and through their counsel of record, and for good cause shown, the deadline for Plaintiffs to file their Motion for Class Certification and the date upon which discovery closes are hereby extended through and including May 31, 2012.

 IT IS SO ORDERED this 22nd day of February, 2012.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE

948280.1