IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANNY R. TEAGLE, Individually and on behalf of all others similarly situated, : : : | |
| Plaintiff, : | |
| v. : : | CIVIL ACTION NO. 1:11-CV-1280-RWS-CCH |
| LEXISNEXIS SCREENING SOLUTIONS, INC., f/k/a Choicepoint's Workplace Solutions, Inc., : : : : | |
| Defendant. : | |

## **O R D E R**

The above-captioned action is before the Court on the parties' Consent Motion to Extend Class Certification and Discovery Deadlines [63]. For good cause shown, the motion [63] is **GRANTED**. The deadline for Plaintiffs to file a motion for class certification and the date upon which the discovery period expires are extended through and including **August 31, 2012**.

**IT IS SO ORDERED** this 24th day of May, 2012.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE