IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DANNY R. TEAGLE and JESUS SALAZAR, JR., individually and on behalf of all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | |
| | § | No. 1:11-CV-1280-RWS-JSA |
| v. | § § | |
| LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., | § § § § § | |
| | § | **Jury Trial Demanded** |
| Defendant. | § | |

**CONSENT MOTION TO EXTEND
CLASS CERTIFICATION AND DISCOVERY DEADLINES**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 23.1(B) and 26.2(B), Plaintiff Danny Teagle and Jesus Salazar, Jr., individually and on behalf of all others similarly situated, and Defendant LexisNexis Screening Solutions, Inc., jointly move the Court to extend the deadlines by which (1) Plaintiff must file his Motion for Class Certification and (2) discovery is to be completed to and including December 7, 2012.  The Parties set forth the grounds

996674.1

for this request in the concurrently filed "Memorandum in Support of Consent Motion to Extend Class Certification and Discovery Deadlines."

Consented to by:

/s/ Mara McRae
Mara McCrae
Georgia Bar No. 499138
MCRAE BROOKS WARNER LLC
1175 Peachtree St., N.E.
100 Colony Square, Suite 2100
Atlanta, GA 30361
Telephone:  (404) 681-0700
Facsimile:  (404) 681-0780
mmcrae@mbwattorneys.com

Michael A. Caddell (*pro hac vice*)
Cynthia B. Chapman (*pro hac vice*)
Craig C. Marchiando (*pro hac vice*)
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX  77010
Telephone:  (713) 751-0400
Facsimile:  (713) 751-0906
mac@caddellchapman.com
cbc@caddellchapman.com

Leonard A. Bennett (*pro hac vice*)
CONSUMER LITIGATION ASSOCIATES P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
lenbennett@cox.net

*Counsel for Plaintiffs*

/s/ Alison B. Prout
Jill A. Pryor
Georgia Bar No. 589140
Alison B. Prout
Georgia Bar No. 141666
BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree St. N.W.
Atlanta, GA  30309
Telephone:  (404) 881-4100
Facsimile:  (404) 881-4111
pryor@bmelaw.com
prout@bmelaw.com

James F. McCabe (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market St., 32nd Floor
San Francisco, CA 94105
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522
jmccabe@mofo.com

*Counsel for Defendant LexisNexis Screening Solutions, Inc.*

996674.1

## **CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.1**

I hereby certify that this document complies with the font requirements of Local Rule 5.1.C. because the document has been prepared in Times New Roman, 14-point font.

*/s/ Alison B. Prout*
Alison B. Prout

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2012, I electronically filed the foregoing **CONSENT MOTION TO EXTEND CLASS CERTIFICATION AND DISCOVERY DEADLINES** with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following counsel of record:

Michael A. Caddell (*pro hac vice*)
Cynthia B. Chapman (*pro hac vice*)
Craig C. Marchiando (*pro hac vice*)
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX  77010
Telephone:  (713) 751-0400
Facsimile:  (713) 751-0906
mac@caddellchapman.com
cbc@caddellchapman.com

Leonard A. Bennett (*pro hac vice*)
CONSUMER LITIGATION ASSOCIATES P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
lenbennett@cox.net

Mara McRae
MCRAE BROOKS WARNER LLC
1175 Peachtree St., N.E.
100 Colony Square, Suite 2100
Atlanta, GA 30361
Telephone:  (404) 681-0700
Facsimile:  (404) 681-0780
mmcrae@mbwattorneys.com

 

*/s/ Alison B. Prout*
Alison B. Prout