IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANNY R. TEAGLE, Individually and on behalf of all others similarly situated, : : : Plaintiff, : : v. : : LEXISNEXIS SCREENING : SOLUTIONS, INC., f/k/a Choicepoint's : Workplace Solutions, Inc., : : Defendant. : | CIVIL ACTION NO. 1:11-CV-1280-RWS-JSA |

## **O R D E R**

The above-captioned action is before the Court on the parties' Consent Motion to Extend Class Certification and Discovery Deadlines [66] ("Motion"). The discovery period has previously been extended four times, and is currently set to expire on August 31, 2012. The parties have jointly requested a fifth extension of the discovery period, and an extension of the deadline for filing a motion for class certification, until December 7, 2012.

The Court has reviewed the arguments set forth by the parties and concludes that, although some extension of the discovery period is warranted, the parties have failed to establish good cause for a ninety-day extension. The Court finds that a sixty-

day extension is reasonable under the circumstances. The Court further notes that, in granting this fifth extension of discovery, the Court has afforded the parties a full year of discovery beyond the original four-month period to which this case was assigned under the Local Rules.

Accordingly, the Motion [66] is **GRANTED IN PART, DENIED IN PART**. The deadline for Plaintiffs to file a motion for class certification and the expiration of the discovery period are extended through and including **November 2, 2012**. The parties are advised that there will be no further extensions absent extraordinary good cause.

**IT IS SO ORDERED** this 28th day of August, 2012.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE