# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DANNY R. TEAGLE and JESUS SALAZAR, JR., individually and on behalf of all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 1:11-CV-1280-RWS-JSA |
| LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., | § § § § § § | |
| Defendants. | § § | Jury Trial Demanded |

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO STAY DEADLINES TO COMPLETE SETTLEMENT NEGOTIATIONS**

The Court has read and considered the Consent Motion to Stay Deadlines to Complete Settlement Negotiations and for good cause shown, it is hereby ORDERED that said Motion is granted. All current deadlines in this action are hereby stayed for 45 days so that the Parties may complete settlement negotiations,

1023054.1

and the Parties shall present a motion for preliminary approval of any settlements achieved on or before January 14, 2013.

    SO ORDERED, this _____ day of _____, 2012.

                                        _____
                                        Judge Justin Anand
                                        Magistrate Judge for the United States
                                        District Court of the Northern District
                                        of Georgia