IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANNY R. TEAGLE and JESUS SALAZAR, JR., individually and on behalf of all others similarly situated, : : : : : | |
| Plaintiffs, : : | CIVIL ACTION NO. |
| v.  : | 1:11-CV-1280-RWS-JSA |
| : | |
| LEXISNEXIS SCREENING SOLUTIONS, INC., f/k/a Choicepoint's Workplace Solutions, Inc., : : : : | |
| Defendant. : | |

## **O R D E R**

The above-captioned action is before the Court on the parties' Consent Motions to Stay Deadlines to Complete Settlement Negotiations [68][69] ("Motions to Stay"). The parties state that they are discussing settlement and request that the action be stayed for forty-five (45) days so that they can continue settlement negotiations.

Accordingly, in light of the complexity involved in negotiating a definitive class settlement agreement for this putative class action as well as negotiating settlement agreements for the individual claims, for good cause shown, the Motions to Stay [68][69] are **GRANTED**. This action is **STAYED** through **December 14, 2012**. The parties are **ORDERED** to file a joint status report on or before that date in

which they notify the Court of the status of the settlement negotiations and whether a definitive class settlement agreement has been reached.

The Court notes that the discovery period in this case has previously been extended five times, and is currently set to expire on November 2, 2012, which is also the deadline for Plaintiffs to file a motion for class certification. The Court has previously advised the parties that there will be no further extensions of discovery absent extraordinary good cause. Accordingly, should the parties not reach a settlement agreement on or before December 14, 2012, the discovery period and the deadline for Plaintiffs to file a motion for class certification will expire on **December 21, 2012**.

**IT IS SO ORDERED** this 30th day of October, 2012.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE