IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DANNY R. TEAGLE and JESUS SALAZAR, JR., individually and on behalf of all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 1:11-CV-1280-RWS-JSA |
| LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., | § § § § § § | |
| Defendant. | § § | Jury Trial Demanded |

## JOINT STATUS REPORT

Pursuant to the Court's Order granting the Parties' Consent Motion to Stay Deadlines to Complete Settlement Negotiations (Dkt. No. 70), Plaintiffs Danny R. Teagle and Jesus Salazar, Jr. and Defendant LexisNexis Screening Solutions, Inc. file this Joint Status Report regarding the progress of their settlement negotiations. The Parties respectfully show the Court the following:

The Parties have agreed on the principal deal points of a settlement for both the 1681k Notice and FCRA Obsolete Information Classes (Dkt. No. 55 ¶¶ 42, 44), and are finalizing the documents and exhibits comprising the agreement—which

provides for all aspects of the class action settlement process, including details of the release of claims, proposed notice program and accompanying processes of objecting and exclusion for Class Members, and distribution of settlement funds. The Parties expect to file the final documents for preliminary approval on or before January 31, 2013.

Accordingly, the Parties respectfully request that the Court continue the stay of all pending deadlines so that the Parties may complete their settlement negotiations and attendant discovery, and briefing of the settlement for presentation to the Court for formal approval.  Further, they ask for the Court's leave to present the final documents for preliminary approval no later than January 31, 2013.

Dated:  December 14, 2012.

We consent to the relief requested in
this Motion:

| /s/   Michael A. Caddell | /s/ James F. McCabe |
|---|---|
| Michael A. Caddell (*pro hac vice*) | James F. McCabe (*pro hac vice*) |
| Cynthia B. Chapman (*pro hac vice*) | MORRISON & FOERSTER LLP |
| Craig C. Marchiando (*pro hac vice*) | 425 Market St., 32nd Floor |
| **CADDELL & CHAPMAN** | San Francisco, CA 94105 |
| 1331 Lamar, Suite 1070 | Telephone:  (415) 268-7000 |
| Houston TX 77010 | Facsimile:  (415) 268-7522 |
| (713) 751-0400 | jmccabe@mofo.com |
| (713) 751-0906 (fax) | |
| | Jill A. Pryor |
| Leonard A. Bennett (*pro hac vice*) | Alison B. Prout |

2

**CONSUMER LITIGATION ASSOCIATES P.C.**
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606

Mara McRae
Georgia Bar No. 499138
**MCRAE BROOKS WARNER LLC**
1175 Peachtree Street, Suite 2100
Atlanta, Georgia  30361
(404) 681-0700
(404) 681-0780 (fax)

*Counsel for Plaintiffs*

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree St. N.W.
Atlanta, GA  30309
Telephone:  (404) 881-4100
Facsimile:  (404) 881-4111
pryor@bmelaw.com
prout@bmelaw.com

*Counsel for Defendant LexisNexis Screening Solutions, Inc.*

3

## **CERTIFICATE OF COMPLIANCE**

The foregoing document complies with the typeface requirements of Local Rule 5.1C and the type style requirements of Local Rule 5.1C(3) using Times New Roman 14 point font.

/s/  Michael A. Caddell
Michael A. Caddell (*pro hac vice*)
Cynthia B. Chapman (*pro hac vice*)
Craig C. Marchiando (*pro hac vice*)
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston TX 77010
(713) 751-0400
(713) 751-0906 (fax)

***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

| | |
|---|---|
| James F. McCabe (*pro hac vice*)<br>MORRISON & FOERSTER LLP<br>425 Market St., 32nd Floor<br>San Francisco, CA 94105<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>jmccabe@mofo.com | Jill A. Pryor<br>Alison B. Prout<br>BONDURANT, MIXSON & ELMORE, LLP<br>3900 One Atlantic Center<br>1201 West Peachtree St. N.W.<br>Atlanta, GA 30309<br>Telephone: (404) 881-4100<br>Facsimile: (404) 881-4111<br>pryor@bmelaw.com<br>prout@bmelaw.com |
| ***Counsel for Defendant LexisNexis Screening Solutions, Inc.*** | |

/s/ Craig C. Marchiando
Craig C. Marchiando

***Counsel for Plaintiffs***