IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANNY R. TEAGLE and JESUS SALAZAR, JR., individually and on behalf of all others similarly situated, | : <br> : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | : CIVIL ACTION NO. <br> : 1:11-CV-1280-RWS-JSA |
| LEXISNEXIS SCREENING SOLUTIONS, INC., f/k/a Choicepoint's Workplace Solutions, Inc., | : <br> : <br> : <br> : |
| Defendant. | : |

**O R D E R**

The above-captioned action is before the Court on the parties' Joint Status Report [71] filed December 14, 2012. The parties state that they have reached a settlement and request that the action be stayed through January 31, 2013, in order to allow them time to finalize the settlement documents. Accordingly, for good cause shown, this action is **STAYED** through **January 31, 2013**.

**IT IS SO ORDERED** this 18th day of December, 2012.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE