IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DANNY R. TEAGLE and JESUS SALAZAR, JR., individually and on behalf of all others similarly situated, | § § § § § § | |
| Plaintiffs, | § § | No. 1:11-CV-1280-RWS-JSA |
| v. | § § | |
| LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., | § § § § § § | |
| | § | Jury Trial Demanded |
| Defendant. | § | |

## SECOND JOINT STATUS REPORT

Plaintiffs Danny R. Teagle and Jesus Salazar, Jr. and Defendant LexisNexis Screening Solutions, Inc. file this Joint Status Report to update the Court on the progress of their settlement negotiations and set an agreed-upon date for submission of preliminary approval papers. The Parties respectfully show the Court the following:

The Parties have in essence completed negotiations of settlements for both the 1681k Notice and FCRA Obsolete Information Classes. (Dkt. No. 55 ¶¶ 42, 44.) After exchanging several versions of a proposed draft settlement agreement—

which provides for all aspects of the class action settlement process, including details of the release of claims, proposed notice program and accompanying processes of objecting and exclusion for Class Members, and distribution of settlement funds—the Parties essentially have a completed agreement in place. The settlement agreement is in near-final form and the Parties expect to present it to their respective clients for signature within the next three business days.

Accordingly, the Parties respectfully request that the Court grant them leave to complete the briefing of the settlement for presentation to the Court for preliminary approval. The Parties' submission will include the settlement agreement and accompanying documents, proposed notice letters for distribution to Class Members, and full evidentiary support for the motion. The Parties hereby commit to filing this briefing on or before March 15, 2013.

Dated: January 31, 2012.

We consent to the relief requested in
this Motion:

| _____/s/   Michael A. Caddell_____ | _____/s/ James F. McCabe_____ |
|---|---|
| Michael A. Caddell (*pro hac vice*) | James F. McCabe (*pro hac vice*) |
| Cynthia B. Chapman (*pro hac vice*) | MORRISON & FOERSTER LLP |
| Craig C. Marchiando (*pro hac vice*) | 425 Market St., 32nd Floor |
| **CADDELL & CHAPMAN** | San Francisco, CA 94105 |
| 1331 Lamar, Suite 1070 | Telephone: (415) 268-7000 |
| Houston TX 77010 | Facsimile: (415) 268-7522 |
| (713) 751-0400 | jmccabe@mofo.com |
| (713) 751-0906 (fax) | |

2

Leonard A. Bennett (*pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES P.C.**
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
Mara McRae
Georgia Bar No. 499138
**MCRAE BROOKS WARNER LLC**
1175 Peachtree Street, Suite 2100
Atlanta, Georgia  30361
(404) 681-0700
(404) 681-0780 (fax)

*Counsel for Plaintiffs*

Jill A. Pryor
Alison B. Prout
**BONDURANT, MIXSON & ELMORE, LLP**
3900 One Atlantic Center
1201 West Peachtree St. N.W.
Atlanta, GA  30309
Telephone:  (404) 881-4100
Facsimile:  (404) 881-4111
pryor@bmelaw.com
prout@bmelaw.com

*Counsel for Defendant LexisNexis Screening Solutions, Inc.*

3

## CERTIFICATE OF COMPLIANCE

The foregoing document complies with the typeface requirements of Local Rule 5.1C and the type style requirements of Local Rule 5.1C(3) using Times New Roman 14 point font.

    /s/  Michael A. Caddell
Michael A. Caddell (*pro hac vice*)
Cynthia B. Chapman (*pro hac vice*)
Craig C. Marchiando (*pro hac vice*)
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston TX 77010
(713) 751-0400
(713) 751-0906 (fax)

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

James F. McCabe (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market St., 32nd Floor
San Francisco, CA 94105
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522
jmccabe@mofo.com

Jill A. Pryor
Alison B. Prout
BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree St. N.W.
Atlanta, GA  30309
Telephone:  (404) 881-4100
Facsimile:  (404) 881-4111
pryor@bmelaw.com
prout@bmelaw.com

*Counsel for Defendant LexisNexis Screening Solutions, Inc.*

/s/  Craig C. Marchiando
Craig C. Marchiando

*Counsel for Plaintiffs*

5