IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANNY R. TEAGLE and JESUS SALAZAR, JR., individually and on behalf of all others similarly situated, : : : : Plaintiffs, : : v. : : LEXISNEXIS SCREENING : SOLUTIONS, INC., f/k/a Choicepoint's : Workplace Solutions, Inc., : : Defendant. : | CIVIL ACTION NO. 1:11-CV-1280-RWS-JSA |

## **O R D E R**

The above-captioned action is before the Court on the parties' Second Joint Status Report [73] filed January 31, 2013. The parties state that they have reached a settlement and request that the action be stayed through March 15, 2013, in order to allow them time to finalize the settlement documents. Accordingly, for good cause shown, this action is **STAYED** through **March 15, 2013**.

**IT IS SO ORDERED** this 8th day of February, 2013.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE