# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DANNY R. TEAGLE and JESUS SALAZAR, JR., individually and on behalf of all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | No. 1:11-CV-1280-RWS-JSA |
| v. | § § | |
| LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., | § § § § § | |
| Defendant. | § § | Jury Trial Demanded |

## DEFENDANTS' NOTICE OF MANUAL FILING UNDER SEAL

Defendants hereby give notice of manual filing under seal the following document:  Joint Motion for Leave to File Under Seal.

Respectfully submitted this 12th day of April, 2013.

/s/  Jill A. Pryor
Jill A. Pryor
Georgia Bar No. 589140
pryor@bmelaw.com
Alison B. Prout
Georgia Bar No. 141666
prout@bmelaw.com

1082970.1

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree St. N.W.
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

James F. McCabe (pro hac vice)
MORRISON & FOERSTER LLP
425 Market St., 32nd Floor
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
jmccabe@mofo.com

*Counsel for Defendant*
*LexisNexis Screening Solutions, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that I have this day personally served a true and correct copy of the within and foregoing DEFENDANTS' NOTICE OF MANUAL FILING UNDER SEAL upon counsel of record for defendants via U.S. Mail postage prepaid, addressed as follows:

Michael A. Caddell
Cynthia B. Chapman
Craig C. Marchiando
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston TX 77010

This 12th day of April, 2012.

/s/  Jill A. Pryor
Jill A. Pryor