# EXHIBIT 2
# FILED UNDER SEAL

LNSSI's Supplemental Responses to Plaintiffs' Discovery Requests