# EXHIBIT 6
Declaration of Danny R. Teagle

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DANNY R. TEAGLE and JESUS SALAZAR, JR., individually and on behalf of all others similarly situated, | § § § § § § | |
| Plaintiffs, | § § | No. 1:11-CV-1280-RWS-JSA |
| v. | § § | |
| LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., | § § § § § § | |
| Defendant. | § § | Jury Trial Demanded |

## DECLARATION OF DANNY R. TEAGLE IN SUPPORT OF MOTION FOR PRELIMNARY APPROVAL OF CLASS ACTION SETTLEMENT AND RELATED ORDERS

I, Danny R. Teagle, declare as follows:

1.  My name is Danny R. Teagle.  I am over twenty-one years of age, am competent to make this Declaration, and have personal knowledge of the facts stated herein, each of which is true and correct.

2. I make this Declaration without waiving the attorney-client privilege I have with my attorneys, Caddell & Chapman, Consumer Litigation Associates, and McRae Brooks Warner.

3. I submit this Declaration for the limited purpose of supporting Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

4. I am the named Plaintiff in this litigation against LexisNexis Screening Solutions, Inc.

5. When I discussed with my attorneys the possibility of serving as a Class Representative in this case, I understood that I would have an active role in the prosecution of this case, and I agreed to undertake all responsibilities associated with being a Class Representative.

6. I decided to commence this lawsuit with the idea that I would vigorously pursue it, not only for myself but for the benefit of the Classes that I represent.

7. I understand the theories in my lawsuit and the responsibilities that accompany my serving as a Class Representative. I am mindful of these responsibilities and have willingly carried them out.

8. I have reviewed all documents my attorney has sent me. Whenever I had questions about this litigation, my attorneys always responded promptly.

9. During the course of this litigation, I have kept informed about the status of the lawsuit through telephone and email communications with my attorneys. During these exchanges my attorneys discussed strategy in the lawsuit, discovery issues, and settlement negotiations. I have also spent considerable time reviewing the pleadings and correspondence in this case.

10. My motivation for serving as a Class Representative in this case is to make not only myself, but the members of the Class I seek to represent, whole from the Defendant's alleged violations of the Fair Credit Reporting Act.

11. I believe that the proposed settlement is in the best interest of the Classes. My belief is based on my own views and on my communications with my attorneys, in which they have explained the steps leading to the proposed settlement, as well as the substance of the settlement itself.

12. Given the fact that the settlement provides cash relief to individuals who likely did not know that their rights may have been violated in the first place, I believe that the settlement meets the fair, reasonable, and adequate standard (which my attorneys have explained to me) applicable to class settlements.

I declare, under penalty of perjury under the laws of the United States and the State of Texas, that the foregoing is true and correct. Executed this 2nd day of April, 2013, in Navasota, Texas.

                                        /s/ Danny R. Teagle
                                    Danny R. Teagle

## **CERTIFICATE OF COMPLIANCE**

The foregoing document complies with the typeface requirements of Local Rule 5.1C and the type style requirements of Local Rule 5.1C(3) using Times New Roman 14 point font.

          /s/  Michael A. Caddell
Michael A. Caddell (*pro hac vice*)
Cynthia B. Chapman (*pro hac vice*)
Craig C. Marchiando (*pro hac vice*)
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston TX 77010
(713) 751-0400
(713) 751-0906 (fax)

*Counsel for Plaintiff*