**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **DANNY R. TEAGLE and JESUS SALAZAR, JR., individually and on behalf of all others similarly situated,** | § | |
| **Plaintiffs,** | § | **No. 1:11-CV-1280-RWS-JSA** |
| **v.** | § | |
| **LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC.,** | § | **Jury Trial Demanded** |
| **Defendant.** | § | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Jesus Salazar, Jr. ("Salazar") and Defendant LexisNexis Screening Solutions Inc. ("LNSSI") that, pursuant to Rule 4l(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, the claims of Salazar may be and hereby are dismissed with prejudice, and Count 3 of the First Amended Complaint is dismissed without prejudice with respect to the claims, if any, of unnamed putative class members. The parties shall bear their own costs.

Dated: April 16, 2013

*/s/ Michael A. Caddell*
Michael A. Caddell (*pro hac vice*)
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston, TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906
mac@caddellchapman.com

***Counsel for Plaintiff Jesus Salazar, Jr.***

*/s/ James F. McCabe*
James F. McCabe
**MORRISON & FOERSTER LLP**
425 Market St., 32nd Floor
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
jmccabe@mofo.com

*/s/ Alison B. Prout*
Jill A. Pryor
Alison B. Prout
**BONDURANT, MIXSON & ELMORE, LLP**
3900 One Atlantic Center
1201 West Peachtree St. N.W.
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
pryor@bmelaw.com
prout@bmelaw.com

***Counsel for Defendant LexisNexis Screening Solutions, Inc.***

IT IS SO ORDERED this ____ day of April, 2013.

______________________________
Honorable Richard W. Story
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

Michael A. Caddell, Esq.
Cynthia B. Chapman, Esq.
Craig C. Marchiando, Esq.
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston, TX 77010

James F. McCabe, Esq.
**MORRISON & FOERSTER LLP**
425 Market St., 32nd Floor
San Francisco, CA 94105

This 16th day of April, 2013.

*/s/ Alison B. Prout*
Alison B. Prout

1083790.1