IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DANNY R. TEAGLE and JESUS SALAZAR, JR., individually and on behalf of all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | No. 1:11-CV-1280-RWS-JSA |
| v. | § § | |
| LEXISNEXIS SCREENING SOLUTIONS, INC., formerly known as CHOICEPOINT'S WORKPLACE SOLUTIONS, INC., | § § § § § | |
| | § | Jury Trial Demanded |
| Defendant. | § | |

## [PROPOSED] ORDER

For good cause shown, the Court hereby GRANTS the Parties' Motion for Leave to File Under Seal and directs the Clerk to file Defendant LexisNexis Screening Solutions Inc.'s Supplemental Responses to Plaintiffs' Discovery Requests, attached as Exhibit 2 to Plaintiff's Memorandum of Law in Support of Preliminary Approval of Class Action Settlement and Related Orders under seal permanently.

SO ORDERED this 22 day of April, 2013.

_____
HON. RICHARD W. STORY
UNITED STATES DISTRICT JUDGE