**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DANNY R. TEAGLE and : | |
| JESUS SALAZAR, JR., : | |
| Individually and on behalf of all : | |
| others similarly situated, : | |
| : | |
| Plaintiffs : | |
| : | CIVAL ACTION NO. |
| v. : | 1:11-CV-1280-RWS |
| : | |
| LEXISNEXIS SCREENING : | |
| SOLUTIONS, INC., f/k/a : | |
| CHOICEPOINT'S WORKPLACE : | |
| SOLUTIONS, INC., : | |
| : | |
| Defendant. : | |

**O R D E R**

The Court entered an Order [84] on April 22, 2013 scheduling a hearing on entry of final approval of the Settlement Agreement, award of fees and expenses to Class Counsel, and a Service Payment to the Class Representative ("the Fairness Hearing") for May 16, 2013. Counsel for the parties have contacted the Court stating that additional time is needed to give notice to the Settlement Class. Therefore, the Fairness Hearing is hereby rescheduled to

July 31, 2013, at 2:00 p.m., in Courtroom 2105, located at the Richard B. Russell Federal Building and Courthouse, 75 Spring Street, S.W., Atlanta, Atlanta, Georgia.

**SO ORDERED**, this   16th   day of May, 2013.

_____
**RICHARD W. STORY**
United States District Judge

2

AO 72A
(Rev.8/82)