# Bondurant Mixson & Elmore LLP

JILL A PRYOR

May 20, 2013

Writer's Direct Dial
(404) 881-4131
pryor@bmelaw.com

The Honorable Richard W. Story
Judge, United States District Court
Northern District of Georgia
1967 United States Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303

      Re: *Danny R. Teagle, et al. v. LexisNexis Screening Solutions, Inc., etc.*
          In the U.S. District Court for the Northern District of Georgia,
          Case No. 1:11-cv-1280-RWS

Dear Judge Story:

    Pursuant to Local Rule 83.1E.(3), as local counsel for the defendant in the above matter, I am writing to request a leave of absence for the following dates:

**July 31 - August 16, 2013**

The reason for the requested leave of absence is that I will be on pre-paid vacation with my family. The above-referenced case presently is not on any pending calendar during the time for which the leave of absence is requested, except for the fairness hearing scheduled for July 31. With respect to that hearing, I respectfully request to be excused and have my associate, Alison Prout, attend in my place.

    For these reasons, I respectfully request that this case not be placed on any Court calendar during the above-referenced time periods. I appreciate the Court's consideration.

                        Very truly yours,

                        Jill A. Pryor

JAP/bb

cc: All Counsel of Record
     Alison B. Prout, Esq.