IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANNY R. TEAGLE and JESUS SALAZAR, JR., individually and on behalf of all others similarly situated, : : : : : Plaintiffs, : : v. : : : LEXISNEXIS SCREENING : SOLUTIONS, INC., f/k/a Choicepoint's : Workplace Solutions, Inc., : : Defendant. : | CIVIL ACTION NO. 1:11-CV-1280-RWS-JSA |

**O R D E R**

The above-captioned action is before the Court on the parties' Consent Motion to Enlarge Page Limitations of Local Rule 7.1(D) [88] ("Motion to Exceed Page Limits"). For good cause shown, and because the parties consent, the Motion to Exceed Page Limits [88] is **GRANTED**. Plaintiff shall be permitted to file a memorandum of law in support of a Motion for Final Approval of Class Action Settlement that is no longer than 55 pages.

**IT IS SO ORDERED** this 18th day of July, 2013.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE